Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MY CHOICE SOFTWARE, LLC, a California limited liability company; and NATHAN MUMME, an individual, <br><br> Defendants. | Case No. 8:16-cv-2187 <br><br> COMPLAINT FOR: <br><br> (1) COPYRIGHT INFRINGEMENT; <br> (2) FEDERAL TRADEMARK INFRINGEMENT; <br> (3) FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND FALSE REPRESENTATION; <br> (4) FALSE ADVERTISING; <br> (5) VIOLATION OF THE ANTI-COUNTERFEITING AMENDMENTS ACT OF 2004; <br> (6) COMMON LAW UNFAIR COMPETITION; <br> (7) IMPOSITION OF A CONSTRUCTIVE TRUST; AND <br> (8) AN ACCOUNTING |

-1-

## COMPLAINT

Microsoft Corporation ("Microsoft") brings this action against Defendants My Choice Software, LLC, a California limited liability company; and Nathan Mumme, an individual (collectively "Defendants"), alleging that they engaged in copyright and trademark infringement; false designation of origin, false description and representation; false advertising, violation of the Anti-Counterfeiting Amendments Act of 2004 and unfair competition.  Microsoft seeks damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and injunctive relief.

## THE PARTIES

1.      Microsoft is a Washington corporation with its principal place of business located in Redmond, Washington.  Microsoft develops, markets, distributes and licenses computer software.

2.      Upon information and belief, defendant My Choice Software, LLC ("My Choice Software") is a California limited liability company that advertises and does business through Internet websites and in Laguna Beach, California.  My Choice Software is engaged in the business of advertising, marketing, copying, offering, and/or distributing software, including purported Microsoft software and components.

3.      Upon information and belief, defendant Nathan Mumme is an individual who owns, operates, is a member of, and/or otherwise controls My Choice Software.  Upon information and belief, Nathan Mumme transacts substantial business in this district.  Upon information and belief, Nathan Mumme (a) has an apparent partnership or authority to bind My Choice Software in transactions, or (b) exercised joint ownership or control over the infringing items alleged in this Complaint.  Upon information and belief, Nathan Mumme transacts business in this district.

41826-5600.0143/133766093.1

4. Upon information and belief, each of the defendants was, at all times mentioned in this Complaint, acting as the agent, employee, or alter ego of every other defendant, and in doing the things mentioned herein, was acting within the course and scope of such agency, employment, or other relationship and with full knowledge and consent of each of the other defendants.

## JURISDICTION

5. This Court has subject matter jurisdiction over Microsoft's claims for trademark infringement, copyright infringement, violation of the Anti-Counterfeiting Amendments Act of 2004 and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, 18 U.S.C. § 2318 and 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has supplemental jurisdiction over Microsoft's claims arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to Microsoft's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

## VENUE

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) Defendants reside in the Central District of California, and/or (b) a substantial part of the events giving rise to Microsoft's claims occurred in the Central District of California.

## FACTS COMMON TO ALL CLAIMS

8. Microsoft develops, advertises, markets, distributes, and licenses a number of computer software programs. Depending on the version, Microsoft's software programs are distributed recorded on discs, made available by Microsoft for download, or made available by Microsoft for pre-installation. Microsoft software programs are distributed together with associated proprietary materials such as user's guides, user's manuals, end user license agreements, Certificates of Authenticity, product keys and other components.

-3-

9.     Microsoft Certificates of Authenticity labels are currency-like certificates or labeling components that are distributed with Microsoft software in order to help end-users verify whether they have genuine Microsoft software.

10.     Windows 10 Professional:  Microsoft has developed, advertises, markets, distributes, and licenses a software package known as Microsoft Windows 10 ("Windows 10").  Windows 10 is an operating system.  Microsoft holds a valid copyright in Windows 10 (including text, editing, artwork, computer program, and audio) that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Windows 10, bearing the number TX 8-058-526, is attached hereto as Exhibit 1 and is incorporated by reference.

11.     Microsoft Office 2010:  Microsoft Office 2010 ("Office 2010") is a suite of popular Microsoft software programs.  Microsoft holds a valid copyright in Office 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Office 2010, bearing the number TX 7-151-840, is attached hereto as Exhibit 2 and is incorporated by reference.  Office Professional Plus 2010 includes the following popular Microsoft software programs:

A.     Microsoft Excel 2010 is a program that allows users to create spreadsheets, perform calculations, and store numerical data.  Microsoft holds a valid copyright in Microsoft Excel 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Excel 2010, bearing the number TX 7-218-085, is attached hereto as Exhibit 3 and is incorporated by reference.

B.     Microsoft Outlook 2010 is a program that allows users and networked teams to create and manage calendars, tasks, and contacts.  Microsoft holds a valid copyright in Microsoft Outlook 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the

-4-

Copyright Registration Certificate for Microsoft Outlook 2010, bearing the number TX 7-206-501, is attached hereto as Exhibit 4 and is incorporated by reference.

C.     Microsoft PowerPoint 2010 is a program that allows users to create, organize, and present overhead and slide presentations.  Microsoft holds a valid copyright in Microsoft PowerPoint 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft PowerPoint 2010, bearing the number TX 7-219-973, is attached hereto as Exhibit 5 and is incorporated by reference.

D.     Microsoft Word 2010 is a program that allows users to create and edit reports and documents.  Microsoft holds a valid copyright in Microsoft Word 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Word 2010, bearing the number TX 7-206-498, is attached hereto as Exhibit 6 and is incorporated by reference.

E.     Microsoft OneNote 2010 is a computer program that allows users to organize text, pictures, digital handwriting, and notes in one spot so that they may be accessed and shared.  Microsoft holds a valid copyright in OneNote 2010 that was duly and properly registered with the United States Copyright Office. A true and correct copy of the Registration Certificate for Microsoft OneNote 2010, bearing the number TX 7-206-464, is attached hereto as Exhibit 7 and is incorporated by reference.

F.     Microsoft Publisher 2010 is a desktop publishing program that allows users to create, customize, and publish materials such as newsletters, brochures, flyers, catalogs, and websites.  Microsoft holds a valid copyright in Microsoft Publisher 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Publisher 2010, bearing the number TX 7-206-489, is attached hereto as Exhibit 8 and is incorporated by reference.

-5-

G.     Microsoft Access 2010 is a program that allows users to create and manipulate databases and store data.  Microsoft holds a valid copyright in Microsoft Access 2010 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Access 2010, bearing the number TX 7-206-461, is attached hereto as Exhibit 9 and is incorporated by reference.

12.     Microsoft has also duly and properly registered a number of trademarks and a service mark in the United States Patent and Trademark Office on the Principal Register, including, but not limited to:

A.     "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236;

B.     "WINDOWS," Trademark Registration No. 1,872,264;

C.     "FLAG DESIGN 2012," Trademark Registration No. 4,400,958;

D.     "MICROSOFT OFFICE," Trademark Registration No. 3,625,391;

E.     OFFICE 2010 DESIGN, Trademark Registration No. 4,029,299;

F.     "ACCESS," Trademark Registration No. 3,238,869;

G.     ACCESS LAUNCH ICON, Trademark Registration No. 3,905,556;

H.     "EXCEL," Trademark Registration No. 2,942,050;

I.     EXCEL LAUNCH ICON, Trademark Registration No. 3,905,558;

J.     "ONENOTE," Trademark Registration No. 2,844,710;

K.     ONENOTE LAUNCH ICON, Trademark Registration No. 3,905,559;

L.     "OUTLOOK," Trademark Registration No. 2,188,125;

M.     OUTLOOK LAUNCH ICON, Trademark Registration No. 3,905,560;

-6-

1          N.      "POWERPOINT," Trademark Registration No. 1,475,795;

2          O.      POWERPOINT LAUNCH  ICON, Trademark Registration No.

3 3,905,561;

4          P.      PUBLISHER LAUNCH ICON, Trademark Registration No.

5 3,909,142;

6          Q.      WORD LAUNCH ICON, Trademark Registration No.

7 3,909,143;

8       True and correct copies of the Trademark Registrations for A through Q

9 above are attached hereto as Exhibits 10 through 26, respectively, and are

10 incorporated by reference.

11 **Defendants' Infringement**

12       13.     Defendants advertised, marketed, copied, offered and/or distributed

13 unauthorized, infringing and/or illicit Microsoft software and components after

14 being previously sued by Microsoft for the infringement of Microsoft's copyrights,

15 trademarks and/or service mark and after entering into a permanent injunction.

16       14.     On information and belief, Defendants' advertise that they distribute

17 genuine Microsoft software and components.  Defendants' advertising includes

18 statements such as "Buy Microsoft Office 2010-100% Genuine, Install

19 Guaranteed."  In their advertisements, Defendants misappropriate and/or infringe

20 Microsoft's copyrights, advertising ideas, style of doing business, slogans,

21 trademarks and/or service mark by displaying Microsoft's trademarks and copyright

22 protected packaging and text.  The Microsoft software and components distributed

23 by Defendants are actually unauthorized, infringing and/or illicit.

24       15.     In April 2015, Microsoft filed a complaint against My Choice

25 Software based on the distribution of unauthorized and infringing copies of

26 Microsoft software.  On February 1, 2016, the court entered the parties' stipulated

27 permanent injunction which enjoined My Choice Software and its owners from

28

1   future infringement.  Defendant Nathan Mumme signed the injunction on behalf of

2   My Choice Software.

3        16.    Despite the prior litigation and the permanent injunction, Defendants

4   are continuing their infringement.

5        17.    On or about September 16, 2016, Defendants distributed to an

6   investigator via Internet download unauthorized and infringing copies of Microsoft

7   Windows 10 software.  And, on or about October 17, 2016, Defendants distributed

8   to an investigator via Internet download an unauthorized and infringing copy of

9   Microsoft Office 2010 software.

10       18.    Microsoft is also informed and believes that Defendants are

11  distributing counterfeit and/or illicit Certificate of Authenticity labels.

12       19.    On information and belief, these are not isolated incidents.  Rather,

13  Defendants have been and continue to be involved in advertising, marketing,

14  copying, offering, and/or distributing counterfeit, infringing and/or illicit copies of

15  Microsoft's software and components to unidentified persons or entities.

16       20.    On information and belief, Defendants have committed and are

17  continuing to commit acts of copyright and trademark infringement against

18  Microsoft.  On information and belief, at a minimum, Defendants were willfully

19  blind and acted in reckless disregard of Microsoft's registered copyrights,

20  trademarks and service marks.

21       21.    On information and belief, Microsoft has been harmed by Defendants'

22  activities, including their advertising activities and unauthorized use of Microsoft's

23  copyright protected material, and the unauthorized use of Microsoft's marks to

24  describe the items that Defendants are distributing.

25  / / /

26  / / /

27  / / /

28  / / /

## First Claim
### [Copyright Infringement – 17 U.S.C. § 501, et seq.]
### Against Defendants

22.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 21, inclusive.

23.     Microsoft is the sole owner of Microsoft  Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010 and OneNote 2010, and is the sole owner of the corresponding copyrights and Certificates of Registration.

24.     Defendants have infringed the copyrights in Microsoft's software, including but not limited to Microsoft  Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010 and OneNote 2010, by advertising, marketing, copying, offering, and/or distributing infringing materials in the United States of America without approval or authorization from Microsoft.

25.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered copyrights.

26.     As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious copyright infringement.  17 U.S.C. § 501.  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  17 U.S.C. § 504.  Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

27.     In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2). Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's copyrights are unique and valuable

-9-

1    property which have no readily determinable market value, (b) Defendants'

2    infringement harms Microsoft such that Microsoft could not be made whole by any

3    monetary award, and (c) Defendants' wrongful conduct, and the resulting damage

4    to Microsoft, is continuing.

5          28.    Microsoft is also entitled to recover its attorneys' fees and costs of suit.

6    17 U.S.C. § 505.

7                      **<u>Second Claim</u>**

8        **[Trademark Infringement – 15 U.S.C. § 1114]**
                      **Against Defendants**

9
10         29.    Microsoft repeats and incorporates by this reference each and every
    allegation set forth in paragraphs 1 through 28, inclusive.

11
12         30.    Defendants' activities constitute infringement of Microsoft's federally
    registered trademarks and service mark in violation of the Lanham Trademark Act,

13    including but not limited to 15 U.S.C. § 1114(1).

14
15         31.    Because Microsoft advertises, markets, distributes, and licenses its
    software under the trademarks and service mark described in this Complaint, these

16    trademarks and service mark are the means by which Microsoft's software is

17    distinguished from the software and related items of others in the same or related

18    fields.

19
20         32.    Because of Microsoft's long, continuous, and exclusive use of these
    trademarks and service mark, they have come to mean, and are understood by

21    customers, end users, and the public to signify, software programs or services of

22    Microsoft.

23
24         33.    The infringing materials that Defendants have and are continuing to
    advertise, market, copy, offer, and/or distribute are likely to cause confusion,

25    mistake, or deception as to their source, origin, or authenticity.

26
27         34.    Further, Defendants' activities are likely to lead the public to conclude,
    incorrectly, that the infringing materials that Defendants are advertising, marketing,

28

copying, offering, and/or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

35.     Upon information and belief, Defendants advertised, marketed, copied, offered and/or distributed infringing material with the purposes of misleading or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's business reputation.

36.     Defendants had reason to know about infringement of Microsoft's federally registered trademarks and service mark and caused, induced, or materially contributed to it.

37.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

38.     As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious trademark infringement.  15 U.S.C. § 1114(1).  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  15 U.S.C. § 1117(a).

39.     In addition, because of Defendants' infringement of Microsoft's trademarks and service mark as described above, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b).  Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

40.     Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and to an order compelling the impounding of all infringing materials advertised, marketed, copied, offered and/or distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections (a) and (d)(1)(A).  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's trademarks and service mark are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement constitutes harm to Microsoft's such that Microsoft could not be made whole by

-11-

1  any monetary award, (c) if Defendants' wrongful conduct is allowed to continue,

2  the public is likely to become further confused, mistaken, or deceived as to the

3  source, origin or authenticity of the infringing materials, and (d) Defendants'

4  wrongful conduct, and the resulting damage to Microsoft, is continuing.

5      41.    Microsoft is also entitled to recover its attorneys' fees and costs of suit.

6  15 U.S.C. § 1117.

### Third Claim
**[False Designation Of Origin, False Description And Representation –
15 U.S.C. § 1125]
Against Defendants**

10      42.    Microsoft repeats and incorporates by this reference each and every

11  allegation set forth in paragraphs 1 through 41, inclusive.

12      43.    Because Microsoft advertises, markets, distributes, and licenses its

13  software under the trademarks and service mark described in this Complaint, these

14  trademarks and service mark are the means by which Microsoft's software is

15  distinguished from the software or products of others in the same field or related

16  fields.

17      44.    Because of Microsoft's long, continuous, and exclusive use of these

18  trademarks and service mark, they have come to mean, and are understood by

19  customers, end users, and the public to signify, software or services of Microsoft.

20  Microsoft has also designed distinctive and aesthetically pleasing displays, logos,

21  icons, graphic images, and packaging (collectively, "Microsoft visual designs") for

22  its software programs.

23      45.    Defendants' wrongful conduct includes the use of Microsoft's marks,

24  name, and/or imitation visual designs, specifically displays, logos, icons, graphic

25  designs, and/or packaging virtually indistinguishable from Microsoft visual designs,

26  in connection with their goods and services.

27      46.    Upon information and belief, Defendants engaged in such wrongful

28  conduct with the purpose of misleading or confusing customers and the public as to

-12-

the origin and authenticity of the goods and services advertised, marketed, copied, offered and/or distributed in connection with Microsoft's marks, name, and imitation visual designs, and of trading upon Microsoft's goodwill and business reputation. Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that the imitation visual images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham Trademark Act, set forth at 15 U.S.C. § 1125(a).

47. Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

48. As a result of Defendants' wrongful conduct, Microsoft has suffered and will continue to suffer damages. Microsoft is entitled to injunctive relief and to an order compelling the impounding of all imitation marks and visual designs being used, advertised, marketed, copied, offered and/or distributed by Defendants. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's marks, name and visual designs are unique and valuable property which have no readily-determinable market value, (b) Defendants' advertising, marketing, copying, and/or distribution of imitation visual designs constitutes harm to Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, are continuing.

## Fourth Claim
### [False Advertising – 15 U.S.C. § 1125(a)]
### Against Defendants

49. Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 48, inclusive.

50. Defendants have made false and misleading statements in connection with the offering and distribution of unauthorized and infringing Microsoft software through their website and other internet sites, including without limitation, that

-13-

Defendants are offering genuine Microsoft software and components.  Defendants' advertisements, including  those found at www.mychoicesoftware.com and other paid advertisements, contain photographs of Microsoft software packaging and statements such as "Buy Microsoft Office 2010-100% Genuine, Install Guaranteed."  The purported Microsoft software programs Defendants distributed to their customers, however, are unauthorized and infringing copies of Microsoft software.

51.     Defendants' false and misleading statements were made in commercial advertising or promotion, including without limitation, in connection with the offering of and distribution of unauthorized and infringing Microsoft software through their website and other internet sites.

52.     Defendants' false and misleading statements misrepresent the nature, characteristics, qualities, or origin of their goods, services, and commercial activities.

53.     Defendants' use of Microsoft's copyrights and trademarks referenced above and their false and misleading statements in interstate commerce in connection with their offering and distribution of unauthorized and infringing Microsoft software and components has either deceived or has the capacity to deceive a substantial segment of potential consumers, and such deception is material, in that it is likely to influence the consumers' purchasing decisions.

54.     Defendants have used, and continue to use, Microsoft's copyrights and trademarks referenced above to compete unfairly with Microsoft and to deceive customers.

55.     Defendants' distribution of unauthorized and infringing software has or is likely to cause injury to Microsoft, including damaging Microsoft's goodwill and reputation.

56.     Defendants' conduct constitutes false advertising and federal unfair competition, in violation of 15 U.S.C. § 1125(a).

-14-

57.    Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

58.    As a result of Defendants' wrongful conduct, Microsoft is entitled to recover its actual damages, Defendants' profits, and treble damages and attorney fees pursuant to 15 U.S.C. § 1117.

59.    Further, Microsoft is entitled to injunctive relief and to an order directing Defendants to stop representing or implying that they are offering and distributing genuine licensed Microsoft software.  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) Defendants' advertising, marketing, installation, or distribution of unauthorized and infringing Microsoft software constitutes harm to Microsoft such that Microsoft could not be made whole by any monetary award; and (b) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

**Fifth Claim**
**[Violation of the Anti-Counterfeiting Amendments Act of 2004 –18 U.S.C. § 2318, et seq.]**
**Against Defendant My Choice Software**

60.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 59, inclusive.

61.    Defendant My Choice Software knowingly trafficked, and on information and belief, continues to traffic in illicit and/or counterfeit labels, in violation of 18 U.S.C. § 2318.

62.    My Choice Software, without Microsoft's authorization, distributed or intended for distribution counterfeit Certificate of Authenticity labels or Certificate of Authenticity labels without the copies of the software programs that such certificates or labeling components were intended by Microsoft to accompany.

63.    Microsoft has no adequate remedy at law for the wrongful conduct, and the wrongful conduct is likely to continue unless restrained and enjoined.

41826-5600.0143/133766093.1

64. Microsoft is entitled to injunctive relief and to an order impounding all articles in the custody or control of My Choice Software that the Court has reasonable cause to believe were or are involved in the trafficking of counterfeit or illicit Certificate of Authenticity labels.

65. As a result of My Choice Software's wrongful conduct, Microsoft has suffered and will continue to suffer damages.

66. In addition, Microsoft should as the injured party be awarded attorneys' fees and costs.

### Sixth Claim
### [California Common Law Unfair Competition]
### Against Defendants

67. Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 66 inclusive.

68. The acts and conduct of Defendants as alleged above in this complaint constitute unfair competition and unfair trade practices proscribed by the common law of the State of California.

69. Defendants' acts and conduct as alleged above have damaged and will continue to damage Microsoft and have resulted in an illicit gain of profit to Defendants in an amount that is unknown at the present time.

70. Microsoft is entitled to an award of exemplary and punitive damages against the Defendants.

71. Microsoft is being irreparably harmed by the Defendants' actions, and Microsoft has no adequate remedy at law.  Microsoft is therefore additionally entitled to injunctive relief barring the Defendants from engaging in further acts of unfair competition and unfair trade practices.

/ / /

/ / /

/ / /

## Seventh Claim
### [For Imposition Of A Constructive Trust Upon Illegal Profits]
### Against Defendants

72.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 71, inclusive.

73.    Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

74.    By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

75.    Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

76.    Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

## Eighth Claim
### [Accounting]
### Against Defendants

77.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 76, inclusive.

78.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to their acts of infringement.

79.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

80.    The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants

-17-

of the precise number of units of infringing material advertised, marketed, copied, offered and/or distributed by Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully requests judgment as follows:

(1)    That the Court enter a judgment against Defendants as indicated below:

(a)    that Defendants have willfully infringed Microsoft's rights in the following federally registered copyrights, in violation of 17 U.S.C. § 501:

(1)    TX 8-058-526 ("Windows 10")

(2)    TX 7-151-840 ("Office 2010");

(3)    TX 7-218-085 ("Excel 2010");

(4)    TX 7-206-501 ("Outlook 2010");

(5)    TX 7-219-973 ("PowerPoint 2010");

(6)    TX 7-206-498 ("Word 2010");

(7)    TX 7-206-489 ("Publisher 2010");

(8)    TX 7-206-461 ("Access 2010");

(9)    TX 7-206-464("OneNote 2010");

(b)    that Defendants have willfully infringed Microsoft's rights in the following federally registered trademarks and service mark, in violation of 15 U.S.C. § 1114:

(1)    1,200,236 ("MICROSOFT");

(2)    1,872,264 ("WINDOWS");

(3)    4,400,958 ("FLAG DESIGN 2012");

(4)    3,625,391 ("MICROSOFT OFFICE");

(5)    4,029,299 (OFFICE 2010 DESIGN);

(6)    3,238,869 ("ACCESS");

(7)    3,905,556 (ACCESS LAUNCH ICON);

(8)    2,942,050 ("EXCEL");

1      (9)     3,905,558 (EXCEL LAUNCH ICON);

2      (10)    2,844,710 ("ONENOTE");

3      (11)    3,905,559 (ONENOTE LAUNCH ICON);

4      (12)    2,188,125 ("OUTLOOK");

5      (13)    3,905,560 (OUTLOOK LAUNCH ICON);

6      (14)    1,475,795 ("POWERPOINT");

7      (15)    3,905,561 (POWERPOINT LAUNCH  ICON);

8      (16)    3,909,142 (PUBLISHER LAUNCH ICON);

9      (17)    3,909,143 (WORD LAUNCH ICON);

10      (c)     that Defendants have committed and are committing acts of

11  false designation of origin, false or misleading description of fact, and false or

12  misleading advertising in violation of 15 U.S.C. § 1125(a);

13      (d)     that Defendants have violated the Anti-Counterfeiting

14  Amendments Act of 2004

15      (e)     that Defendants have engaged in unfair competition in violation

16  of California common law; and

17      (f)     that Defendants have otherwise injured the business reputation

18  and business of Microsoft by the acts and conduct set forth in this Complaint.

19      (2)     That the Court issue injunctive relief against Defendants, and that

20  Defendants, their directors, principals, officers, agents, representatives, servants,

21  employees, attorneys, successors and assigns, and all others in active concert or

22  participation with Defendants, be enjoined and restrained from:

23      (a)     imitating, copying, or making any other infringing use or

24  infringing distribution of the software programs, components, end user license

25  agreements ("EULA"), Certificates of Authenticity ("COAs") and/or items

26  protected by the following copyright Certificate Registration Nos.:

27      (1)     TX 8-058-526 ("Windows 10")

28      (2)     TX 7-151-840 ("Office 2010");

1             (3)     TX 7-218-085 ("Excel 2010");

2             (4)     TX 7-206-501 ("Outlook 2010");

3             (5)     TX 7-219-973 ("PowerPoint 2010");

4             (6)     TX 7-206-498 ("Word 2010");

5             (7)     TX 7-206-489 ("Publisher 2010");

6             (8)     TX 7-206-461 ("Access 2010");

7             (9)     TX 7-206-464("OneNote 2010");

8 or the software programs, components and/or items protected by Microsoft's

9 registered trademarks and service mark, including, but not limited to, the following

10 Trademark Registration Nos.:

11             (1)     1,200,236 ("MICROSOFT");

12             (2)     1,872,264 ("WINDOWS");

13             (3)     4,400,958 ("FLAG DESIGN 2012");

14             (4)     3,625,391 ("MICROSOFT OFFICE");

15             (5)     4,029,299 (OFFICE 2010 DESIGN);

16             (6)     3,238,869 ("ACCESS");

17             (7)     3,905,556 (ACCESS LAUNCH ICON);

18             (8)     2,942,050 ("EXCEL");

19             (9)     3,905,558 (EXCEL LAUNCH ICON);

20             (10)    2,844,710 ("ONENOTE");

21             (11)    3,905,559 (ONENOTE LAUNCH ICON);

22             (12)    2,188,125 ("OUTLOOK");

23             (13)    3,905,560 (OUTLOOK LAUNCH ICON);

24             (14)    1,475,795 ("POWERPOINT");

25             (15)    3,905,561 (POWERPOINT LAUNCH  ICON);

26             (16)    3,909,142 (PUBLISHER LAUNCH ICON);

27             (17)    3,909,143 (WORD LAUNCH ICON);

28

41826-5600.0143/133766093.1

and any other items or works now or hereafter protected by any Microsoft trademark or copyright;

(b)     manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Sections (2)(a) above;

(c)     using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, EULA, COA, and/or item not authorized or licensed by Microsoft;

(d)     using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software program, component, and/or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e)     engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights;

-21-

1        (f)      trafficking in counterfeit or illicit labels, as defined by 18 U.S.C.

2  § 2318; and

3        (g)      assisting, aiding, or abetting any other person or business entity

4  in engaging in or performing any of the activities referred to in subparagraphs (a)

5  through (e) above.

6        (3)     That the Court enter an order pursuant to 15 U.S.C. §

7  1116(a)(d)(1)(A), 17 U.S.C. § 503 and 18 U.S.C.§ 2318 impounding all counterfeit

8  and infringing copies of purported Microsoft software and/or materials bearing any

9  of Microsoft's trademarks or service mark, and any related item, including business

10  records, that is in Defendants' possession or under their control;

11       (4)     That the Court enter an order declaring that Defendants hold in trust,

12  as constructive trustees for the benefit of Microsoft, their illegal profits obtained

13  from their distribution of counterfeit and infringing copies of Microsoft's software,

14  and requiring Defendants to provide Microsoft a full and complete accounting of all

15  amounts due and owing to Microsoft as a result of Defendants' illegal activities.

16       (5)     That the Court order Defendants to pay Microsoft's general, special,

17  actual, and statutory damages as follows:

18        (a)     Microsoft's damages and Defendants' profits pursuant to 17

19  U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C.

20  § 504(c), and 17 U.S.C. § 504(c)(2);

21        (b)     Microsoft's damages and Defendants' profits pursuant to 15

22  U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b), or in the alternative,

23  statutory damages pursuant to 15 U.S.C. §1117(c) for each counterfeit mark;

24        (c)     Microsoft's damages and Defendants' profits, pursuant to 18

25  U.S.C. § 2318(f)(3), for Defendants' knowing trafficking in counterfeit and/or illicit

26  Certificate of Authenticity Labels, or, in the alternative, statutory damages,

27  pursuant to 18 U.S.C. § 2318(f)(4); and

28

-22-

1              (d)     Microsoft's damages and Defendants' profits pursuant to

2 California common law.

3          (6)     That the Court order Defendants to pay to Microsoft both the costs of

4 this action and the reasonable attorneys' fees incurred by it in prosecuting this

5 action; and

6          (7)     That the Court grant to Microsoft such other and additional relief as is

7 just and proper.

8

9 DATED:   December 9, 2016               **PERKINS COIE** LLP

10

11                                        By: /s/ Katherine M. Dugdale
                                            Katherine M. Dugdale

12

13                                        Attorneys for Plaintiff
                                        MICROSOFT CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28