# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-058-526

**Effective Date of Registration:**
July 30, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Windows 10 Pro |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 29, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Microsoft Corporation |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Microsoft Corporation<br>One Microsoft Way, Redmond, WA, 98052, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program, previous version |
| **Previous registration and year:** | TX 7-740-672, 2013 |
| **New material included in claim:** | computer program |

## Certification

| | |
|---|---|
| **Name:** | Dave Green |
| **Date:** | July 30, 2015 |
| **Applicant's Tracking Number:** | 85306384 |

---

Page 1 of 1

EXHIBIT 1
Page 24

# EXHIBIT 2

# rtificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# TX 7-151-840

**Effective date of registration:**

May 28, 2010

## Title

**Title of Work:** Microsoft Office Professional Plus 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 12, 2010     **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, audio visual; sounds; entire work including text on product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, audio visual; sounds

**Previous registration and year:** TX 6-504-552     2007

**New material included in claim:** text, photographs, compilation, editing, computer program, artwork, audio visual; sounds; entire work including text on product packaging

## Certification

**Name:** Matt Sketon

**Date:** May 28, 2010

**Applicant's Tracking Number:** 83503121

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-218-085

**Effective date of
registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Excel 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010    **Nation of 1st Publication:** United States

## Author

■   **Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork: Entire work including text
product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, previous version & files
copyrighted by various third parties

**Previous registration and year:** TX 6-524-399    2007

TX 7-151-840    2010

**New material included in claim:** text, photographs, editing, computer program, artwork; additional
programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617935

EXHIBIT 3    Page 1 of 2
Page 26

# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-501

**Effective date of
registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Outlook 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010        **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, editing, computer program, Entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various
third parties

**Previous registration and year:** TX 6-524-393    2007

TX 7-151-840    2010

**New material included in claim:** text, editing, computer program, additional programming text, additional
written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 836179

EXHIBIT 4
Page 27        Page 1 of 2

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-219-973

**Effective date of registration:**

June 17, 2010

---

## Title ─────────────────────

**Title of Work:** Microsoft PowerPoint 2010

## Completion/Publication ─────────────────────

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010          **Nation of 1st Publication:** United States

## Author ─────────────────────

■   **Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, audio; entire work including text on product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ─────────────────────

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim ─────────────────────

**Material excluded from this claim:** text, photographs, computer program, artwork, audio/video; previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-389      2007

TX 7-151-840      2010

**New material included in claim:** text, photographs, editing, computer program, artwork, audio/video additional programming text, additional written text and additional revisions

## Certification ─────────────────────

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617936

EXHIBIT 5
Page 28          Page 1 of 2

**Correspondence:**  Yes



EXHIBIT 5
Page 29                    Page 2 of 2

# EXHIBIT 6

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-206-498**

**Effective date of
registration:**

June 17, 2010

### Title

**Title of Work:** Microsoft Word 2010

### Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010       **Nation of 1st Publication:** United States

### Author

- **Author:** Microsoft Corporation

  **Author Created:** text, photograph(s), compilation, editing, computer program, artwork, Entire work
  including product packaging

  **Work made for hire:** Yes

  **Citizen of:** United States

### Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

### Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, previous version & files
copyrighted by various third parties

**Previous registration and year:** TX 6-524-398    2007

TX 7-151-840    2010

**New material included in claim:** text, photographs, compilation, editing, computer program, artwork,
additional programming text, additional written text and additional revisions

### Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617929

EXHIBIT 6
Page 30       Page 1 of 2

**Registration #:**   TX0007206498

**Service Request #:**   1-414353951



Microsoft Corporation
Peggy Crowley
One Microsoft Way
Redmond, WA 98052  United States

EXHIBIT 6
Page 31

# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-464

**Effective date of registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft OneNote 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010    **Nation of 1st Publication:** United States

## Author

**Author:** Microsoft Corporation

**Author Created:** text, editing, computer program, Entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-396    2007

TX 7-151-840    2010

**New material included in claim:** text, editing, computer program, additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617938

**EXHIBIT 7**
**Page 32**

# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-489

**Effective date of registration:**

June 17, 2010

## Title

**Title of Work:** Microsoft Publisher 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010     **Nation of 1st Publication:** United States

## Author

■    **Author:** Microsoft Corporation

**Author Created:** text, photograph(s), editing, computer program, artwork, entire work including product packaging

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, computer program, artwork, previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-388     2007

TX 7-151-840     2010

**New material included in claim:** text, photographs, editing, computer program, artwork, additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617941

**EXHIBIT 8**
**Page 33**

Page 1 of 2

# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-206-461

**Effective date of
registration:**

June 17, 2010

---

## Title

**Title of Work:** Microsoft Access 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Microsoft Corporation

  **Author Created:** text, editing, computer program, Entire work including product packaging

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, previous version & files copyrighted by various third parties

**Previous registration and year:** TX 6-524-395     2007

TX 7-151-840     2010

**New material included in claim:** text, editing, computer program, additional programming text, additional written text and additional revisions

## Certification

**Name:** Matt Skelton

**Date:** June 17, 2010

**Applicant's Tracking Number:** 83617942

EXHIBIT 9
Page 34

# EXHIBIT 10

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

Reg. No. 1,200,236

## United States Patent and Trademark Office

Registered Jul. 6, 1982

TRADEMARK
SERVICE MARK
Principal Register

# MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

## Certificate of Correction

Registered July 6, 1982 Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.



Attest:

EXHIBIT 10
Page 35

# EXHIBIT 11

Int. Cl.: 9

Prior U.S. Cl.: 38

**Reg. No. 1,872,264**

## United States Patent and Trademark Office

Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANUALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10–18–1983; IN COMMERCE 10–18–1983.

SEC. 2(F).

SER. NO. 74–090,419, FILED 8–20–1990.

ESTHER BELENKER, EXAMINING ATTORNEY

EXHIBIT 11
Page 36

# EXHIBIT 12

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,400,958**

**Registered Sep. 10, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Acting Director of the United States Patent and Trademark Office*

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM PROGRAMS; OPERATING SYSTEM SOFTWARE FOR MOBILE PHONES; MOBILE PHONES; INTERNET BROWSER SOFTWARE; COMPUTER SOFTWARE FOR MANAGING AND CONTROLLING SERVERS FOR BACKUP, STORAGE AND ORGANIZATION OF FILES AND DATA; COMPUTER PROGRAMS FOR OPERATING AND MANAGING NETWORK SERVERS; COMPUTER NETWORK OPERATING SOFTWARE; COMPUTER SOFTWARE FOR USE BY COMPUTER NETWORK ADMINISTRATORS TO DEPLOY AND MANAGE APPLICATION SOFTWARE AND NETWORK SERVER SOFTWARE; COMPUTER NETWORK SERVER SOFTWARE FOR MANAGING USER CONTENT ON COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR MANAGING SECURE COMMUNICATIONS OVER COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR MANAGING COMMU-NICATIONS BETWEEN COMPUTER NETWORKS AND WIRELESS NETWORKS; COM-PUTER SOFTWARE FOR DEVELOPING, MANAGING AND OPERATING INTRANET SITES; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR NETWORK SERVERS AND AP-PLICATIONS; COMPUTER SOFTWARE FOR INVENTORYING AND MONITORING COM-PUTER HARDWARE AND SOFTWARE ASSETS AND USE WITHIN AN ORGANIZATION; COMPUTER SOFTWARE FOR DOWNLOADING, STREAMING, AND PLAYING MUSIC, AUDIO, VIDEOS AND INTERNET RADIO BROADCASTS; COMPUTER SOFTWARE FOR PHOTO AND VIDEO EDITING; COMPUTER SOFTWARE FOR INSTANT MESSAGING; COMPUTER SOFTWARE FOR MANAGING EMAIL ACCOUNTS, CALENDARS AND CONTACTS; COMPUTER SOFTWARE FOR STORING, ACCESSING AND SYNCHRONIZING DOCUMENTS, PHOTOS AND DATA; COMPUTER SOFTWARE FOR CREATING AND PUBLISHING BLOGS; COMPUTER SOFTWARE FOR RESTRICTING AND MONITORING COMPUTER AND INTERNET USE; COMPUTER SOFTWARE FOR CREATING DVDS; COMPUTER SOFTWARE FOR SENDING AND RECEIVING FAXES; COMPUTER SOFTWARE FOR SCANNING DOCUMENTS AND IMAGES INTO ELECTRONIC FORM; COMPUTER OPERATING SYSTEM SOFTWARE FOR ACCESSING AND USING CLOUD COMPUTING NETWORKS; NETWORK OPERATING SOFTWARE FOR COMPUTER NETWORKS, NAMELY, LOCAL AREA NETWORKS, VIRTUAL PRIVATE NETWORKS AND WIDE AREA NETWORKS; COMPUTER SOFTWARE DEVELOPMENT TOOLS; WEBSITE DEVELOPMENT SOFTWARE; COMPUTER SOFTWARE THAT PROVIDES WEB-BASED ACCESS TO AP-PLICATIONS AND SERVICES THROUGH A WEB OPERATING SYSTEM OR PORTAL IN-TERFACE; COMPUTER SOFTWARE FOR DEVELOPING AND OPERATING CLOUD

EXHIBIT 12
Page 37

**Reg. No. 4,400,958** COMPUTER NETWORKS AND APPLICATIONS; COMPUTER SOFTWARE FOR USE IN DATABASE MANAGEMENT; COMPUTER SOFTWARE PLATFORMS FOR CLOUD COMPUTING NETWORKS AND APPLICATIONS; A FULL LINE OF BUSINESS AND HOME COMPUTER PROGRAMS FOR HOME AND BUSINESS USE; COMPUTERS; PERSONAL COMPUTERS; TABLET COMPUTERS; COMPUTER SERVERS; COMPUTER BACKUP AND STORAGE SYSTEMS, NAMELY, STORAGE SUBSYSTEMS FOR STORAGE AND BACKUP OF ELECTRONIC DATA EITHER LOCALLY OR VIA A TELECOMMUNICATIONS NETWORK; COMPUTER PERIPHERALS; CARRYING CASES FOR COMPUTERS; MOBILE PHONES AND OTHER MOBILE DEVICES, NAMELY, PERSONAL DIGITAL ASSISTANTS, E-BOOK READERS AND TABLET COMPUTERS; PERIPHERALS FOR MOBILE PHONES, PERSONAL DIGITAL ASSISTANTS, E-BOOK READERS AND TABLET COMPUTERS, NAMELY, KEYBOARDS, PRINTERS, CHARGERS, STANDS, SPEAKERS, COMPUTER MICE, HEADPHONES, MICROPHONES; CARRYING CASES FOR MOBILE PHONES AND OTHER MOBILE PHONES, PERSONAL DIGITAL ASSISTANTS, TABLET COMPUTERS; PROTECTIVE COVERS AND CASES FOR MOBILE PHONES, LAPTOPS, E-BOOK READERS AND TABLET COMPUTERS; WEB CAMERAS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/03056, FILED 2-9-2012.

THE MARK CONSISTS OF FOUR PARALLELOGRAMS ARRANGED IN A TWO BY TWO GRID.

SN 85-546,505, FILED 2-17-2012.

JANICE L. MCMORROW, EXAMINING ATTORNEY

EXHIBIT 12
Page 38

# EXHIBIT 13

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,625,391

Registered May 26, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# MICROSOFT OFFICE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SOFTWARE FOR INFORMATION MANAGEMENT, CREATING SPREADSHEETS, TABLES, GRAPHS, AND CHARTS, AND FOR ORGANIZING AND ANALYZING DATA; COMPUTER SOFTWARE FOR WORD PROCESSING; COMPUTER SOFTWARE FOR CREATION AND DISPLAY OF PRESENTATIONS INCLUDING TEXT AND GRAPHICS; COMPUTER SOFTWARE FOR ELECTRONIC MAIL AND INSTANT MESSAGING SERVICES, CALENDAR AND MEETING SCHEDULING, DESKTOP PUBLISHING, PROJECT MANAGEMENT, CUSTOMER MANAGEMENT, BUSINESS PLANNING, DIRECT MAIL AND BUSINESS FINANCIAL MANAGEMENT; COMPUTER SOFTWARE FOR ONLINE DOCUMENT COLLABORATION, STO-

RAGE AND EDITING SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-19-1989; IN COMMERCE 6-19-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,200,236, 2,907,150 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-390,529, FILED 2-6-2008.

FLORENTINA BLANDU, EXAMINING ATTORNEY

EXHIBIT 13
Page 39

# EXHIBIT 14

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,029,299**

**Registered Sep. 20, 2011**

**Int. Cls.: 9, 35, 38, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, E-MAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, E-MAIL ADDRESS AND OTHER CONTACT INFORMATION, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESSING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES, ALL IN THE FIELDS OF BUSINESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: ORGANIZING, ARRANGING, CONDUCTING AND PROMOTING OF TRADE SHOWS, BUSINESS, COMMERCIAL, AND PROMOTIONAL EXHIBITIONS AND BUSINESS CONFERENCES IN THE FIELDS OF COMPUTER HARDWARE, SOFTWARE, TELECOMMUNICATIONS, AND HIGH TECHNOLOGY AND IN THE FIELD OF DEVELOPMENT OF COM-

*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 14
Page 40

**Reg. No. 4,029,299** PUTER PROGRAMS AND SYSTEMS; PROVIDING BUSINESS INFORMATION CONCERNING HUMAN RESOURCES, SALES AND MARKETING, SMALL BUSINESS MANAGEMENT AND BUSINESS COMMUNICATIONS TOPICS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY DISSEMINATING ADVERTISEMENTS AND BY PROVIDING HYPERTEXT LINKS TO THE WEBSITES OF OTHERS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMU-NICATIONS NETWORKS; BUSINESS MANAGEMENT AND ADVERTISING SERVICES FOR OTHERS, NAMELY, ASSISTING OTHERS IN DIRECT ELECTRONIC MAIL ADVERT-ISING, ASSISTING OTHERS IN PLACING AND RUNNING ADVERTISEMENTS ON COM-PUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS ON-LINE INFORMATION SERVICES, NAMELY, PROVIDING DATABASES AND WEBSITE LINKS TO OTHER CONTENT PROVIDERS IN THE FIELD OF BUSINESS ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING TEXT, SOUND, GRAPHICS AND VIDEO VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; PROVIDING INFORMATION IN THE FIELD OF WEB ACCESS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; TELECOMMUNICATION SERVICES, NAMELY, COMMUNICATIONS VIA MULTINATIONAL TELECOMMUNICA-TION NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, TELECOMMUNICA-TIONS ACCESS SERVICES; DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC EXCHANGE OF VOICE, DATA, AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATION NETWORKS; PROVIDING ONLINE BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; ELECTRONIC MAIL SERVICES; WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; INSTANT MESSAGING SERVICES; VOICE OVER IP SERVICES; COMMUNICATIONS BY COMPUTER TERMINALS; WIRELESS BROADBAND COMMUNICATION SERVICES; MOBILE PHONE COMMUNICATION SER-VICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN DATABASE MANAGEMENT, PREPARATION OF SPREADSHEETS, AND WORD PROCESSING; COMPUTER SOFTWARE CONSULTATION; PROVIDING INFORM-ATION IN THE FIELDS OF THE DEVELOPMENT OF COMPUTER SYSTEMS, NETWORKS AND SOFTWARE, OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING COMPUTER SOFTWARE-RELATED TECHNICAL ASSISTANCE TO OTHERS IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT SERVICES; AND PROVIDING COMPUTER SOFTWARE-RELATED TECHNICAL INFORMATION IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; HOSTING THE WEBSITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

FOR: PROVIDING INFORMATION IN THE FIELD OF SECURITY SERVICES FOR WEBSITES, VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, IN CLASS 45 (U.S. CLS. 100 AND 101).

EXHIBIT 14
Page 41

**Reg. No. 4,029,299**   FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04187, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04186, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04185, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04184, FILED 3-10-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/04183, FILED 3-10-2009.

THE MARK CONSISTS OF FOUR STYLIZED RECTANGULAR SHAPES POSITIONED IN A GRID.

SN 77-819,967, FILED 9-3-2009.

MATTHEW PAPPAS, EXAMINING ATTORNEY

EXHIBIT 14
Page 42

# EXHIBIT 15

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,238,869**

## United States Patent and Trademark Office

Registered May 8, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# ACCESS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)

ONE MICROSOFT WAY

REDMOND, WA 980526399

FOR: GENERAL PURPOSE COMPUTER DATABASE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,739,829, 1,741,086, AND 2,254,102.

SEC. 2(F).

SER. NO. 78-559,056, FILED 2-2-2005.

ANNE E. GUSTASON, EXAMINING ATTORNEY

EXHIBIT 15
Page 43

# EXHIBIT 16

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,905,556**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER DATABASE MANAGEMENT SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,158, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,145,196 AND 3,379,619.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "A" AND AN IMAGE OF A KEY.

SN 77-886,672, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 16
Page 44

# EXHIBIT 17

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,942,050**

## United States Patent and Trademark Office

Registered Apr. 19, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# EXCEL

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; AND COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREADSHEETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1985; IN COMMERCE 9-30-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-400,429, FILED 4-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

EXHIBIT 17
Page 45

# EXHIBIT 18

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,558**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SPREADSHEET SOFTWARE; COMPUTER PROGRAMS FOR CREATING CHARTS AND GRAPHS FROM ELECTRONIC SPREAD-SHEETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,160, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 1,626,863, 3,139,017, AND 3,486,459.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTERS "XL" AND AN IMAGE OF A SHEET OF PAPER.

SN 77-886,693, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 18
Page 46

# EXHIBIT 19

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,844,710**

## United States Patent and Trademark Office

Registered May 25, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## ONENOTE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS (NOTES); COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS; AND COMPUTER PERIPHERALS, NAMELY, ELECTRONIC PENS FOR INPUTTING HANDWRITTEN DATA INTO A COMPUTER , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-6-2003; IN COMMERCE 3-6-2003.

SER. NO. 78-182,506, FILED 11-6-2002.

SHARON MEIER, EXAMINING ATTORNEY

EXHIBIT 19
Page 47

# EXHIBIT 20

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,559**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING AUDIO AND VISUAL INFORMATION AND IMAGES IN ELECTRONIC FORM; COMPUTER SOFTWARE FOR VIEWING AND EDITING MEETING AGENDAS AND TO-DO LISTS; COMPUTER SOFTWARE FOR REMINDING USERS OF DATES AND EVENTS; COMPUTER SOFTWARE FOR ACCESSING SHARED DOCUMENTS OR SHARED ELECTRONIC NOTES; COMPUTER SOFTWARE FOR USE IN ACCESSING AND TRANSMITTING INFORMATION TO COMPUTER NETWORKS, NAMELY, COMPUTER SOFTWARE FOR EMAILING NOTES AND PUBLISHING NOTES ON COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,163, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,180,408 AND 3,486,464.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "N" AND AN IMAGE OF A NOTEBOOK.

SN 77-886,702, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 20
Page 48

# EXHIBIT 21

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,188,125

## United States Patent and Trademark Office

Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399 MICROSOFT CORPORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATA BASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK PROGRAMS, TELEPHONE DIALING PROGRAMS, PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS, PROGRAMS FOR TALLYING VOTING RESPONSES; AND INSTRUCTION MANUALS THEREFOR SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTORNEY

EXHIBIT 21
Page 49

# EXHIBIT 22

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,560**

**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATABASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK COMPUTER PROGRAMS, TELEPHONE DIALING COMPUTER PROGRAMS, COMPUTER PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS AND COMPUTER PROGRAMS FOR TALLYING VOTING RESPONSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,162, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,168,003 AND 3,360,916.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTERS "O" AND "L" AND AN IMAGE OF AN ENVELOPE.

SN 77-886,710, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 22
Page 50

# EXHIBIT 23

Int. Cl.: 9

Prior U.S. Cl.: 38

Reg. No. 1,475,795

d Feb. 9, 1988

Int. Cl.: 9

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,475,795

Registered Feb. 9, 1988

OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## POWERPOINT

COMMERC

987.

[NING ATTC

MICROSOFT CORPORATION (DELA-WARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIGNEE OF FORETHOUGHT, INC. (CALIFORNIA CORPORATION) SUNNYVALE, CA

FOR: PRERECORDED COMPUTER PROGRAMS RECORDED ON MAGNETIC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE 4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT 23
Page 51

# EXHIBIT 24

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,905,561**
**Registered Jan. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE. NAMELY, PROGRAMS FOR CREATING PRESENTATIONS, GRAPHICS AND VIDEOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,166, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,139,018 AND 3,360,915.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "P" AND AN IMAGE OF A CHART.

SN 77-886,820, FILED 12-4-2009.

MARILYN IZZI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 24
Page 52

# EXHIBIT 25

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,909,142**

**Registered Jan. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: DESKTOP PUBLISHING SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,165, FILED 6-18-2009.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "P" AND AN IMAGE OF A FOLDED SHEET OF PAPER.

SN 77-886,827, FILED 12-4-2009.

DAVID TAYLOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 25
Page 53

# EXHIBIT 26

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,909,143**

**Registered Jan. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: WORD PROCESSING SOFTWARE; COMPUTER PROGRAMS FOR CREATING, EDITING, SHARING, STORING AND PRINTING DOCUMENTS COMPRISED OF TEXT AND GRAPHICS AND UTILITY PROGRAMS FOR USE THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2009/11,168, FILED 6-18-2009.

OWNER OF U.S. REG. NOS. 3,135,906 AND 3,360,914.

THE MARK CONSISTS OF A BOX WITH A ROUNDED UPPER LEFT CORNER CONTAINING THE LETTER "W" AND AN IMAGE OF A SHEET OF PAPER.

SN 77-886,830, FILED 12-4-2009.

DAVID TAYLOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 26
Page 54