Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MY CHOICE SOFTWARE, LLC, a California limited liability company; and NATHAN MUMME, an individual,<br><br>Defendants. | Case No. 8:16-cv-2187 DOC-KES<br><br>SECOND AMENDED COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) FEDERAL TRADEMARK INFRINGEMENT;<br>(3) FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND FALSE REPRESENTATION;<br>(4) FALSE ADVERTISING;<br>(5) VIOLATION OF THE ANTI-COUNTERFEITING AMENDMENTS ACT OF 2004;<br>(6) COMMON LAW UNFAIR COMPETITION;<br>(7) CALIFORNIA STATUTORY UNFAIR COMPETITION;<br>(8) CALIFORNIA STATUTORY FALSE ADVERTISING;<br>(9) UNJUST ENRICHMENT<br>(10) IMPOSITION OF A CONSTRUCTIVE TRUST; AND<br>(11) AN ACCOUNTING |

137489049.1

## SECOND AMENDED COMPLAINT

Microsoft Corporation ("Microsoft") brings this action against Defendants My Choice Software, LLC, a California limited liability company; and Nathan Mumme, an individual (collectively "Defendants"), alleging that they engaged in copyright and trademark infringement; false designation of origin, false description and representation; false advertising; violation of the Anti-Counterfeiting Amendments Act of 2004; unfair competition; and were unjustly enriched by their conduct.  Defendants' conduct includes the distribution of counterfeit Microsoft software to their customers and profiting from the improper sale of Microsoft software subscriptions to their customers.  Microsoft seeks damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and injunctive relief.

## THE PARTIES

1.     Microsoft is a Washington corporation with its principal place of business located in Redmond, Washington.  Microsoft develops, markets, distributes and licenses computer software.

2.     Upon information and belief, defendant My Choice Software, LLC ("My Choice Software") is a California limited liability company that advertises and does business through Internet websites and in Laguna Beach, California.  My Choice Software is engaged in the business of advertising, marketing, copying, offering, and/or distributing software, including purported Microsoft software and components.

3.     Upon information and belief, defendant Nathan Mumme is an individual who owns, operates, is a member of, and/or otherwise controls My Choice Software.  Upon information and belief, Nathan Mumme transacts substantial business in this district.  Upon information and belief Nathan Mumme (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct

-1-

137489049.1

1   financial benefit from that wrongful conduct." Upon information and belief,

2   Nathan Mumme (a) has an apparent partnership or authority to bind My Choice

3   Software in transactions, or (b) exercised joint ownership or control over the

4   infringing items alleged in this Complaint.

5       4.     Upon information and belief, each of the defendants was, at all times

6   mentioned in this Complaint, acting as the agent, employee, or alter ego of every

7   other defendant, and in doing the things mentioned herein, was acting within the

8   course and scope of such agency, employment, or other relationship and with full

9   knowledge and consent of each of the other defendants.

10                              **JURISDICTION**

11      5.     This Court has subject matter jurisdiction over Microsoft's claims for

12  trademark infringement, copyright infringement, violation of the Anti-

13  Counterfeiting Amendments Act of 2004 and related claims pursuant to 15 U.S.C. §

14  1121, 17 U.S.C. § 501, 18 U.S.C. § 2318 and 28 U.S.C. §§ 1331 and 1338(a).

15      6.     This Court has supplemental jurisdiction over Microsoft's claims

16  arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these

17  claims are so related to Microsoft's claims under federal law that they form part of

18  the same case or controversy and derive from a common nucleus of operative fact.

19                                 **VENUE**

20      7.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and

21  § 1400(a) because (a) Defendants reside in the Central District of California, and/or

22  (b) a substantial part of the events giving rise to Microsoft's claims occurred in the

23  Central District of California.

24                      **FACTS COMMON TO ALL CLAIMS**

25      8.     Microsoft develops, advertises, markets, distributes, and licenses a

26  number of computer software programs. Depending on the version, Microsoft's

27  software programs are distributed recorded on discs, made available by Microsoft

28  for download, or made available by Microsoft for pre-installation. Microsoft

-2-

137489049.1

1    software programs are distributed together with associated proprietary materials

2    such as user's guides, user's manuals, end user license agreements, Certificates of

3    Authenticity, product keys and other components.

4          9.      Microsoft Windows 7: Microsoft has developed, advertises, markets,

5    distributes, and licenses a software package known as Microsoft Windows 7

6    ("Windows 7"). Windows 7 is an operating system. Microsoft holds a valid

7    copyright in Windows 7 that was duly and properly registered with the United

8    States Copyright Office. A true and correct copy of the Registration Certificate for

9    Microsoft Windows 7, bearing the number TX 7-009-361, is attached hereto as

10    Exhibit 1 and is incorporated by reference.

11          10.      Windows 10 Professional: Microsoft has developed, advertises,

12    markets, distributes, and licenses a software package known as Microsoft Windows

13    10 ("Windows 10"). Windows 10 is an operating system. Microsoft holds a valid

14    copyright in Windows 10 (including text, editing, artwork, computer program, and

15    audio) that was duly and properly registered with the United States Copyright

16    Office. A true and correct copy of the Registration Certificate for Microsoft

17    Windows 10, bearing the number TX 8-058-526, is attached hereto as Exhibit 2 and

18    is incorporated by reference.

19          11.      Microsoft Office 2010: Microsoft Office 2010 ("Office 2010") is a

20    suite of popular Microsoft software programs. Microsoft holds a valid copyright in

21    Office 2010 that was duly and properly registered with the United States Copyright

22    Office. A true and correct copy of the Registration Certificate for Microsoft Office

23    2010, bearing the number TX 7-151-840, is attached hereto as Exhibit 3 and is

24    incorporated by reference. Office 2010 includes the following popular Microsoft

25    software programs:

26          A.      Microsoft Excel 2010 is a program that allows users to create

27    spreadsheets, perform calculations, and store numerical data. Microsoft holds a

28    valid copyright in Microsoft Excel 2010 that was duly and properly registered with

1   the United States Copyright Office.  A true and correct copy of the Copyright

2   Registration Certificate for Microsoft Excel 2010, bearing the number TX 7-218-

3   085, is attached hereto as Exhibit 4 and is incorporated by reference.

4         B.   Microsoft Outlook 2010 is a program that allows users and

5   networked teams to create and manage calendars, tasks, and contacts.  Microsoft

6   holds a valid copyright in Microsoft Outlook 2010 that was duly and properly

7   registered with the United States Copyright Office.  A true and correct copy of the

8   Copyright Registration Certificate for Microsoft Outlook 2010, bearing the number

9   TX 7-206-501, is attached hereto as Exhibit 5 and is incorporated by reference.

10        C.   Microsoft PowerPoint 2010 is a program that allows users to

11  create, organize, and present overhead and slide presentations.  Microsoft holds a

12  valid copyright in Microsoft PowerPoint 2010 that was duly and properly registered

13  with the United States Copyright Office.  A true and correct copy of the Copyright

14  Registration Certificate for Microsoft PowerPoint 2010, bearing the number TX 7-

15  219-973, is attached hereto as Exhibit 6 and is incorporated by reference.

16        D.   Microsoft Word 2010 is a program that allows users to create

17  and edit reports and documents.  Microsoft holds a valid copyright in Microsoft

18  Word 2010 that was duly and properly registered with the United States Copyright

19  Office.  A true and correct copy of the Copyright Registration Certificate for

20  Microsoft Word 2010, bearing the number TX 7-206-498, is attached hereto as

21  Exhibit 7 and is incorporated by reference.

22        E.   Microsoft OneNote 2010 is a computer program that allows

23  users to organize text, pictures, digital handwriting, and notes in one spot so that

24  they may be accessed and shared.  Microsoft holds a valid copyright in OneNote

25  2010 that was duly and properly registered with the United States Copyright Office.

26  A true and correct copy of the Registration Certificate for Microsoft OneNote 2010,

27  bearing the number TX 7-206-464, is attached hereto as Exhibit 8 and is

28  incorporated by reference.

-4-

1    F.    Microsoft Publisher 2010 is a desktop publishing program that

2    allows users to create, customize, and publish materials such as newsletters,

3    brochures, flyers, catalogs, and websites.  Microsoft holds a valid copyright in

4    Microsoft Publisher 2010 that was duly and properly registered with the United

5    States Copyright Office.  A true and correct copy of the Copyright Registration

6    Certificate for Microsoft Publisher 2010, bearing the number TX 7-206-489, is

7    attached hereto as Exhibit 9 and is incorporated by reference.

8    G.    Microsoft Access 2010 is a program that allows users to create

9    and manipulate databases and store data.  Microsoft holds a valid copyright in

10   Microsoft Access 2010 that was duly and properly registered with the United States

11   Copyright Office.  A true and correct copy of the Copyright Registration Certificate

12   for Microsoft Access 2010, bearing the number TX 7-206-461, is attached hereto as

13   Exhibit 10 and is incorporated by reference.

14   12.    Office 2013:  Microsoft Office 2013 ("Office 2013") is a suite of

15   popular Microsoft software programs.  Microsoft holds a valid copyright in Office

16   2013 that was duly and properly registered with the United States Copyright Office.

17   A true and correct copy of the Registration Certificate for Microsoft Office 2013,

18   bearing the number TX 7-649-882, is attached hereto as Exhibit 11 and is

19   incorporated by reference.  Office 2013 includes the following popular Microsoft

20   software programs:

21   A.    Access 2013:  Microsoft Access 2013 is a program that allows

22   users to create and manipulate databases and store data.  Microsoft holds a valid

23   copyright in Microsoft Access 2013 that was duly and properly registered with the

24   United States Copyright Office.  A true and correct copy of the Copyright

25   Registration Certificate for Microsoft Access 2013, bearing the number TX 7-751-

26   913, is attached hereto as Exhibit 12 and is incorporated by reference.

27   B.    Excel 2013:  Microsoft Excel 2013 is a program that allows

28   users to create spreadsheets, perform calculations, and store numerical data.

137489049.1

1    Microsoft holds a valid copyright in Microsoft Excel 2013 that was duly and

2    properly registered with the United States Copyright Office.  A true and correct

3    copy of the Copyright Registration Certificate for Microsoft Excel 2013, bearing

4    the number TX 7-751-917, is attached hereto as Exhibit 13 and is incorporated by

5    reference.

6            C.     OneNote 2013:  Microsoft OneNote 2013 is a program that

7    allows users to organize text, audio, video and notes in one spot.  Microsoft holds a

8    valid copyright in OneNote 2013 that was duly and properly registered with the

9    United States Copyright Office.  A true and correct copy of the Registration

10   Certificate for Microsoft OneNote 2013, bearing the number TX 7-751-910, is

11   attached hereto as Exhibit 14 and is incorporated by reference.

12           D.     Outlook 2013:  Microsoft Office Outlook 2013 is a program that

13   allows users and networked teams to create and manage calendars and contacts.

14   Microsoft holds a valid copyright in Microsoft Office Outlook 2013 that was duly

15   and properly registered with the United States Copyright Office.  A true and correct

16   copy of the Copyright Registration Certificate for Microsoft Office Outlook 2013,

17   bearing the number TX 7-700-066, is attached hereto as Exhibit 15 and is

18   incorporated by reference.

19           E.     PowerPoint 2013:  Microsoft PowerPoint 2013 is a program that

20   allows users to create, organize, and present overhead and slide presentations.

21   Microsoft holds a valid copyright in Microsoft PowerPoint 2013 that was duly and

22   properly registered with the United States Copyright Office.  A true and correct

23   copy of the Copyright Registration Certificate for Microsoft PowerPoint 2013,

24   bearing the number TX 7-751-911, is attached hereto as Exhibit 16 and is

25   incorporated by reference.

26           F.     Publisher 2013:  Microsoft Publisher 2013 is a program that

27   allows users to create, customize, and publish materials such as newsletters.

28   Microsoft holds a valid copyright in Microsoft Publisher 2013 that was duly and

-6-

1   properly registered with the United States Copyright Office.  A true and correct

2   copy of the Copyright Registration Certificate for Microsoft Publisher 2013,

3   bearing the number TX 7-674-731, is attached hereto as Exhibit 17 and is

4   incorporated by reference.

5          G.     Word 2013:  Microsoft Word 2013 is a program that allows

6   users to create and edit documents.  Microsoft holds a valid copyright in Microsoft

7   Word 2013 that was duly and properly registered with the United States Copyright

8   Office.  A true and correct copy of the Copyright Registration Certificate for

9   Microsoft Word 2013, bearing the number TX 7-674-730, is attached hereto as

10  Exhibit 18 and is incorporated by reference.

11         13.    Microsoft has also duly and properly registered a number of

12  trademarks and a service mark in the United States Patent and Trademark Office on

13  the Principal Register, including, but not limited to:

14         A.     "MICROSOFT," Trademark and Service Mark Registration No.

15  1,200,236;

16         B.     "WINDOWS," Trademark Registration No. 1,872,264;

17         C.     COLORED FLAG DESIGN, Trademark Registration

18  No. 2,744,843;

19         D.     "FLAG DESIGN 2012," Trademark Registration No. 4,400,958;

20         E.     COLORED FLAG START BUTTON, Trademark Registration

21  No. 3,361,017;

22         F.     COLOR FOUR SQUARE LOGO, Trademark Registration

23  No. 2,999,281;

24         G.     "MICROSOFT OFFICE," Trademark Registration No.

25  3,625,391;

26         H.     OFFICE 2010 DESIGN, Trademark Registration No. 4,029,299;

27         I.     "ACCESS," Trademark Registration No. 3,238,869;

28

-7-

137489049.1

J.      ACCESS LAUNCH ICON, Trademark Registration No. 3,905,556;

K.      "EXCEL," Trademark Registration No. 2,942,050;

L.      EXCEL LAUNCH ICON, Trademark Registration No. 3,905,558;

M.      "ONENOTE," Trademark Registration No. 2,844,710;

N.      ONENOTE LAUNCH ICON, Trademark Registration No. 3,905,559;

O.      "OUTLOOK," Trademark Registration No. 2,188,125;

P.      OUTLOOK LAUNCH ICON, Trademark Registration No. 3,905,560;

Q.      "POWERPOINT," Trademark Registration No. 1,475,795;

R.      POWERPOINT LAUNCH  ICON, Trademark Registration No. 3,905,561;

S.      PUBLISHER LAUNCH ICON, Trademark Registration No. 3,909,142;

T.      WORD LAUNCH ICON, Trademark Registration No. 3,909,143;

U.      OFFICE 2012 DESIGN WITH TITLE, Trademark Registration No. 4,456,462;

V.      OFFICE 2012 DESIGN, Trademark Registration No.4,459,826;

W.      ACCESS LAUNCH ICON, Trademark Registration No. 4,365,955;

X.      EXCEL LAUNCH ICON, Trademark Registration No. 4,355,451;

Y.      ONENOTE LAUNCH ICON, Trademark Registration No. 4,351,584;

-8-

1          Z.     OUTLOOK LAUNCH ICON, Trademark Registration No.

2    4,355,446;

3          AA.   POWERPOINT LAUNCH ICON, Trademark Registration No.

4    4,385,388;

5          BB.   PUBLISHER LAUNCH ICON, Trademark Registration No.

6    4,355,448; and

7          CC.   WORD LAUNCH ICON, Trademark Registration No.

8    4,355,444;

9        True and correct copies of the Trademark Registrations for A through CC

10   above are attached hereto as Exhibits 19 through 47, respectively, and are

11   incorporated by reference.

12                               **Defendants' Conduct**

13                             **Defendants' Infringement**

14       14.   Defendants advertised, marketed, copied, offered and/or distributed

15   unauthorized, infringing and/or illicit Microsoft software and components after

16   being previously sued by Microsoft for the infringement of Microsoft's copyrights,

17   trademarks and/or service mark and after entering into a permanent injunction.

18       15.   On information and belief, Defendants' advertise that they distribute

19   genuine Microsoft software and components.  Defendants' advertising includes

20   statements such as "Buy Microsoft Office 2010-100% Genuine, Install

21   Guaranteed."  In their advertisements, Defendants misappropriate and/or infringe

22   Microsoft's copyrights, advertising ideas, style of doing business, slogans,

23   trademarks and/or service mark by displaying Microsoft's trademarks and copyright

24   protected packaging and text.  Contrary to Defendants' representations, the

25   Microsoft software and components distributed by Defendants are actually

26   unauthorized, infringing and/or illicit.

27       16.   In April 2015, Microsoft filed a complaint against My Choice

28   Software based on its distribution of unauthorized and infringing copies of

137489049.1

1  Microsoft software.  On February 1, 2016, the court entered the parties' stipulated
2  permanent injunction which enjoined My Choice Software and its owners from
3  future infringement.  Defendant Nathan Mumme signed the injunction on behalf of
4  My Choice Software.

5       17.    Despite the prior litigation and the permanent injunction, Defendants
6  continued and are continuing their infringing conduct.

7       18.    On or about September 16, 2016, Defendants distributed to an
8  investigator via Internet download unauthorized and infringing copies of Microsoft
9  Windows 10 software.

10       19.    On or about October 17, 2016, Defendants distributed to an
11  investigator via Internet download an unauthorized and infringing copy of
12  Microsoft Office 2010 software.

13       20.    In November 2016, Defendants distributed to an investigator via
14  Internet download unauthorized and infringing copies of Office 2013 and Windows
15  7 software and counterfeit Office 2013 software components.

16       21.    Microsoft is also informed and believes that My Choice Software
17  knowingly offered and sold counterfeit and/or illicit Certificate of Authenticity
18  labels.

19       22.    Microsoft Certificates of Authenticity labels are currency-like
20  certificates or labeling components that are distributed with Microsoft software in
21  order to help end-users verify whether they have genuine Microsoft software.

22       23.    A counterfeit Certificate of Authenticity label is an identifying label
23  that appears to be genuine, but is not.  An illicit Certificate of Authenticity label is a
24  label distributed without the software with which Microsoft intended it to be
25  distributed.

26       24.    In July 2016, My Choice Software sold to a customer a purported
27  Microsoft Windows 10 Certificate of Authenticity label that was invoiced as

28

-10-

1    "Include COA sticker for your Desktop/Laptop" for $45.00.  The Certificate of

2    Authenticity label was analyzed and determined to be counterfeit.

3        25.    The counterfeit Certificate of Authenticity label distributed by My

4    Choice Software was also distributed in an unauthorized and illicit manner.  The

5    counterfeit label purports to be a Certificate of Authenticity label for "Windows 10

6    Pro for OEM Software."  A genuine Microsoft Certificate of Authenticity label for

7    Windows 10 Original Equipment Manufacturer ("OEM") software is not authorized

8    for distribution with download copies of Microsoft software.  A Microsoft

9    Windows 10 OEM Certificate of Authenticity label is only authorized for

10   distribution affixed to a computer system which has genuine Windows 10 software

11   pre-installed or as part of a Windows 10 OEM software system builder package

12   with the accompanying software media.  A Microsoft Certificate of Authenticity

13   label for OEM software should never be distributed stand-alone, without the

14   software it was intended to accompany and authenticate.  Despite being advertised

15   as a "COA sticker for your Desktop/Laptop," the counterfeit Windows 10

16   Certificate of Authenticity distributed by My Choice Software was not distributed

17   with a computer system or with an authorized Windows 10 OEM system builder

18   software package.

19       26.    My Choice Software's website gave its customers the option to

20   "Include a COA sticker for your Desktop/Laptop."  Microsoft does not authorize

21   the sale of its Certificates of Authenticity as optional add-ons, and its Certificates of

22   Authenticity should never be paired with unauthorized downloaded copies of its

23   software.  Accordingly, every Certificate of Authenticity sold by My Choice

24   Software in connection with a purported Microsoft software download is also an

25   illicit distribution.

26       27.    On information and belief, these are not isolated incidents.  Rather,

27   Defendants have been and continue to be involved in advertising, marketing,

28

-11-

1    copying, offering, and/or distributing counterfeit, infringing and/or illicit copies of

2    Microsoft's software and components to unidentified persons or entities.

3        28.    On information and belief, Defendants have committed and are

4    continuing to commit acts of copyright and trademark infringement against

5    Microsoft.  On information and belief, at a minimum, Defendants were willfully

6    blind and acted in reckless disregard of Microsoft's registered copyrights,

7    trademarks and service marks.

8        29.    On information and belief, Microsoft has been harmed by Defendants'

9    activities, including their advertising activities and unauthorized use of Microsoft's

10   copyright protected material, and the unauthorized use of Microsoft's marks to

11   describe the items that Defendants are distributing.

12               **Defendants' Wrongful Distribution Practices**

13       30.    In addition to the infringing conduct described above, and based on

14   Microsoft's recent investigation of Defendants' business practices, Microsoft is

15   informed and believes that Defendants are using their membership and participation

16   in Microsoft's Managed Partner Network ("MPN") to profit from the improper sale

17   of Microsoft software subscriptions to unsuspecting customers.

18       31.    My Choice Software is a member of the MPN.  The MPN is designed

19   to help qualified technology companies build, sell, service, and support solutions

20   for their customers based on Microsoft technologies.  MPN members enter into an

21   MPN Agreement, and through that agreement, can qualify for incentive payments

22   from Microsoft for, among other things, the sale of qualifying Microsoft software

23   licenses.

24       32.    Defendants advertise their status as a Microsoft Partner prominently on

25   their website.  Microsoft is informed and believes that Defendants promote their

26   participation in MPN in order to attract customers.

27       33.    Since My Choice Software joined the MPN, Defendants have received

28   tens of thousands of dollars in incentive payments from Microsoft based on

137489049.1

1  Defendants' sales of certain Microsoft software licenses, such as Microsoft Office

2  365.

3      34.   Microsoft Office 365 is a subscription service that allows a user to

4  install Office across 5 devices including their PCs, tablets and smart phones.  One

5  popular version of Office 365 is the Office 365 Business one-year automatic

6  renewal subscription which is available from Microsoft for a charge of $8.25 per

7  month.

8      35.   Microsoft is informed and believes Defendants were inflating their

9  MPN sales numbers by selling Microsoft Office 365 software subscriptions to their

10  customers without their customers' knowledge in order to earn incentive payments

11  from Microsoft and revenue from their unsuspecting customers.

12      36.   Microsoft is informed and believes that when Defendants' customers

13  ordered download copies of Microsoft Office software from Defendants' website,

14  certain of their customers were automatically signed up for what Defendants

15  referred to as "five additional installs through Office 365" for no charge.

16      37.   The customers did not receive free additional licenses to install Office

17  software.  Instead, Defendants signed their customers up for Office 365

18  subscriptions, without their knowledge, and then charged their customers a monthly

19  fee for the subscriptions.

20      38.   For example, in August 2016, Microsoft received a complaint from a

21  customer of Defendants in which the customer stated that after paying for and

22  receiving an Office 2016 Home and Business software download from Defendants,

23  the customer started to receive monthly charges from Defendants for an Office 365

24  subscription which the customer did not order.

25      39.   Based on the above, and numerous online complaints by Defendants'

26  customers of similar activity, Microsoft is informed and believes that many of

27  Defendants' customers were being sold an Office 365 subscription without their

28  knowledge.  Indeed, it would be unnecessary for a customer to buy both an Office

-13-

137489049.1

1   365 annual subscription and purchase a separate Office software download from

2   Defendants, since an Office 365 subscription would be redundant if a person

3   already had a copy of Office 2016 Home and Business.

4        40.    Defendants used these wrongful Office 365 subscription sales to

5   increase the amount of the MPN incentive payments they were receiving from

6   Microsoft.

7        41.    Microsoft recently determined that only about 10% of the customers to

8   whom Defendants sold Office 365 subscriptions activated those subscriptions.  This

9   means that the vast majority of Defendants' customers who "purchased" Office 365

10  subscriptions are paying monthly for a program they have never used.  Defendants

11  also have a high cancellation rate, with approximately 20% of Defendants'

12  customers cancelling their Office 365 subscriptions.

13       42.    By distributing unauthorized and infringing Microsoft software as well

14  as "selling" their customers subscriptions to Microsoft Office 365 without their

15  customers' knowledge, Defendants were able to profit from the infringement, the

16  wrongful Office 365 subscription sales, and the increased MPN incentive payments

17  from Microsoft based on the wrongful sales.

18
19
**First Claim**
**[Copyright Infringement – 17 U.S.C. § 501, et seq.]**
**Against Defendants**

20       43.    Microsoft repeats and incorporates by this reference each and every

21  allegation set forth in paragraphs 1 through 42, inclusive.

22       44.    Microsoft is the sole owner of Microsoft Windows 7, Windows 10,

23  Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher

24  2010, Access 2010, OneNote 2010 Microsoft Office 2013, Word 2013, Excel 2013,

25  PowerPoint 2013, OneNote 2013, Outlook 2013, Publisher 2013, and Access 2013,

26  and is the sole owner of the corresponding copyrights and Certificates of

27  Registration.

28

-14-

45.     Defendants have infringed the copyrights in Microsoft's software, including but not limited to Microsoft Windows 7, Windows 10, Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010, OneNote 2010 Microsoft Office 2013, Word 2013, Excel 2013, PowerPoint 2013, OneNote 2013, Outlook 2013, Publisher 2013, and Access 2013, by advertising, marketing, copying, causing others to copy, offering, and/or distributing infringing materials in the United States of America without approval or authorization from Microsoft.

46.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered copyrights.

47.     As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious copyright infringement. Defendants participated in the making and/or distribution of unauthorized copies of Microsoft software, including but not limited to Microsoft Windows 7, Windows 10, Office 2010, Excel 2010, Outlook 2010, PowerPoint 2010, Word 2010, Publisher 2010, Access 2010, OneNote 2010 Microsoft Office 2013, Word 2013, Excel 2013, PowerPoint 2013, OneNote 2013, Outlook 2013, Publisher 2013, and Access 2013, in the United States of America.  17 U.S.C. § 501.  Additionally, Defendants (a) caused, induced, or materially contributed to and had reason to know about such copying and/or distribution (b) had the right and ability to supervise, direct and control such unauthorized copying and/or distribution and (c) derived direct financial benefit from it.

48.     Microsoft has suffered damages and is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  17 U.S.C. § 504.  Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

49.     In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

-15-

1   Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an

2   order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.

3   Microsoft has no adequate remedy at law for Defendants' wrongful conduct

4   because, among other things, (a) Microsoft's copyrights are unique and valuable

5   property which have no readily determinable market value, (b) Defendants'

6   infringement harms Microsoft such that Microsoft could not be made whole by any

7   monetary award, and (c) Defendants' wrongful conduct, and the resulting damage

8   to Microsoft, is continuing.

9        50.    Microsoft is also entitled to recover its attorneys' fees and costs of suit.

10  17 U.S.C. § 505.

## Second Claim
### [Trademark Infringement – 15 U.S.C. § 1114]
### Against Defendants

11

12

13       51.    Microsoft repeats and incorporates by this reference each and every

14  allegation set forth in paragraphs 1 through 50, inclusive.

15       52.    Defendants' activities constitute infringement of Microsoft's federally

16  registered trademarks and service mark in violation of the Lanham Act, including

17  but not limited to 15 U.S.C. § 1114(1).

18       53.    Because Microsoft advertises, markets, distributes, and licenses its

19  software under the trademarks and service mark described in this Complaint, these

20  trademarks and service mark are the means by which Microsoft's software is

21  distinguished from the software and related items of others in the same or related

22  fields.

23       54.    Because of Microsoft's long, continuous, and exclusive use of these

24  trademarks and service mark, they have come to mean, and are understood by

25  customers, end users, and the public to signify, software programs or services of

26  Microsoft.

27  / / /

28

-16-

55.     The infringing materials that Defendants have and are continuing to advertise, market, copy, cause others to copy, offer, and/or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

56.     Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are advertising, marketing, copying, causing others to copy, offering, and/or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

57.     Upon information and belief, Defendants advertised, marketed, copied, caused others to copy, offered and/or distributed infringing material with the purposes of misleading or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's business reputation.

58.     Defendants had reason to know about infringement of Microsoft's federally registered trademarks and service mark and caused, induced, or materially contributed to it.

59.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

60.     As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious trademark infringement.  15 U.S.C. § 1114(1).  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  15 U.S.C. § 1117(a).

61.     In addition, because of Defendants' infringement of Microsoft's trademarks and service mark as described above, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b).  Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

/ / /

-17-

62.     Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and to an order compelling the impounding of all infringing materials advertised, marketed, copied, offered and/or distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections (a) and (d)(1)(A).  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's trademarks and service mark are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement constitutes harm to Microsoft such that Microsoft could not be made whole by any monetary award, (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin or authenticity of the infringing materials, and (d) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

63.     Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C. § 1117.

### Third Claim
### [False Designation Of Origin, False Description And Representation – 15 U.S.C. § 1125]
### Against Defendants

64.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 63, inclusive.

65.     Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from the software or products of others in the same field or related fields.

66.     Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software or services of Microsoft.

/ / /

1   Microsoft has also designed distinctive and aesthetically pleasing displays, logos,

2   icons, graphic images, and packaging (collectively, "Microsoft visual designs") for

3   its software programs.

4        67.   Defendants' wrongful conduct includes the use of Microsoft's marks,

5   name, and/or imitation visual designs, specifically displays, logos, icons, graphic

6   designs, and/or packaging virtually indistinguishable from Microsoft visual designs,

7   in connection with their goods and services.

8        68.   Upon information and belief, Defendants engaged in such wrongful

9   conduct with the purpose of misleading or confusing customers and the public as to

10  the origin and authenticity of the goods and services advertised, marketed, copied,

11  offered and/or distributed in connection with Microsoft's marks, name, and

12  imitation visual designs, and of trading upon Microsoft's goodwill and business

13  reputation.  Defendants' conduct constitutes (a) false designation of origin, (b) false

14  or misleading description, and (c) false or misleading representation that the

15  imitation visual images originate from or are authorized by Microsoft, all in

16  violation of § 43(a) of the Lanham Act, set forth at 15 U.S.C. § 1125(a).

17       69.   Defendants' wrongful conduct is likely to continue unless restrained

18  and enjoined.

19       70.   As a result of Defendants' wrongful conduct, Microsoft has suffered

20  and will continue to suffer damages.  Microsoft is entitled to injunctive relief and to

21  an order compelling the impounding of all imitation marks and visual designs being

22  used, advertised, marketed, copied, offered and/or distributed by Defendants.

23  Microsoft has no adequate remedy at law for Defendants' wrongful conduct

24  because, among other things, (a) Microsoft's marks, name and visual designs are

25  unique and valuable property which have no readily-determinable market value, (b)

26  Defendants' advertising, marketing, copying, and/or distribution of imitation visual

27  designs constitutes harm to Microsoft such that Microsoft could not be made whole

28

-19-

by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, are continuing.

**Fourth Claim**
**[False Advertising – 15 U.S.C. § 1125(a)]**
**Against Defendants**

71.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 70, inclusive.

72.     Defendants have made false and misleading statements in connection with the offering and distribution of unauthorized and infringing Microsoft software through their website and other internet sites, including without limitation, that Defendants are offering genuine Microsoft software and components.  Defendants' advertisements, including those found at www.mychoicesoftware.com and other paid advertisements, contain photographs of Microsoft software packaging and statements such as "Buy Microsoft Office 2010-100% Genuine, Install Guaranteed."  The purported Microsoft software programs Defendants distributed to their customers, however, are unauthorized and infringing copies of Microsoft software.

73.     Defendants' false and misleading statements were made in commercial advertising or promotion, including without limitation, in connection with the offering of and distribution of unauthorized and infringing Microsoft software through their website and other internet sites.

74.     Defendants' false and misleading statements misrepresent the nature, characteristics, qualities, or origin of their goods, services, and commercial activities.

75.     Defendants' use of Microsoft's copyrights and trademarks referenced above and their false and misleading statements in interstate commerce in connection with their offering and distribution of unauthorized and infringing Microsoft software and components has either deceived or has the capacity to

-20-

1    deceive a substantial segment of potential consumers, and such deception is

2    material, in that it is likely to influence the consumers' purchasing decisions.

3           76.    Defendants have used, and continue to use, Microsoft's copyrights and

4    trademarks referenced above to compete unfairly with Microsoft and to deceive

5    customers.

6           77.    Defendants' distribution of unauthorized and infringing software has

7    or is likely to cause injury to Microsoft, including damaging Microsoft's goodwill

8    and reputation.

9           78.    Defendants' conduct constitutes false advertising and federal unfair

10    competition, in violation of 15 U.S.C. § 1125(a).

11          79.    Defendants' wrongful conduct is likely to continue unless restrained

12    and enjoined.

13          80.    As a result of Defendants' wrongful conduct, Microsoft is entitled to

14    recover its actual damages, Defendants' profits, and treble damages and attorney

15    fees pursuant to 15 U.S.C. § 1117.

16          81.    Further, Microsoft is entitled to injunctive relief and to an order

17    directing Defendants to stop representing or implying that they are offering and

18    distributing genuine licensed Microsoft software.  Microsoft has no adequate

19    remedy at law for Defendants' wrongful conduct because, among other things: (a)

20    Defendants' advertising, marketing, installation, or distribution of unauthorized and

21    infringing Microsoft software constitutes harm to Microsoft such that Microsoft

22    could not be made whole by any monetary award; and (b) Defendants' wrongful

23    conduct, and the resulting damage to Microsoft, is continuing.

24                               **Fifth Claim**
                **[Violation of the Anti-Counterfeiting Amendments Act of 2004**
25                          **18 U.S.C. § 2318, et seq.]**
                       **Against Defendant My Choice Software**
26

27          82.    Microsoft repeats and incorporates by this reference each and every

28    allegation set forth in paragraphs 1 through 81, inclusive.

-21-

83.     Defendant My Choice Software knowingly trafficked, and on information and belief, continues to traffic in illicit and/or counterfeit labels, in violation of 18 U.S.C. § 2318.

84.     In July 2016, My Choice Software sold to a customer a purported Microsoft Windows 10 Certificate of Authenticity label that was invoiced as "Include COA sticker for your Desktop/Laptop" for $45.00.  The Certificate of Authenticity label was analyzed and determined to be counterfeit.  This counterfeit Certificate of Authenticity label was also distributed in an unauthorized and illicit manner.

85.     My Choice Software's website gave its customers the option to "Include a COA sticker for your Desktop/Laptop."  Microsoft does not authorize the sale of its Certificates of Authenticity as optional add-ons, and its Certificates of Authenticity should never be paired with unauthorized downloaded copies of its software.  Accordingly, every Certificate of Authenticity sold by My Choice Software in connection with a purported Microsoft software download is also an illicit distribution.

86.     My Choice Software, without Microsoft's authorization, knowingly distributed or intended for distribution counterfeit Certificate of Authenticity labels or Certificate of Authenticity labels without the copies of the software programs that such certificates or labeling components were intended by Microsoft to accompany.

87.     Microsoft has no adequate remedy at law for the wrongful conduct, and the wrongful conduct is likely to continue unless restrained and enjoined.

88.     Microsoft is entitled to injunctive relief and to an order impounding all articles in the custody or control of My Choice Software that the Court has reasonable cause to believe were or are involved in the trafficking of counterfeit or illicit Certificate of Authenticity labels.

-22-

137489049.1

89.     As a result of My Choice Software's wrongful conduct, Microsoft has suffered and will continue to suffer damages.

90.     In addition, Microsoft should as the injured party be awarded attorneys' fees and costs.

**Sixth Claim**
**[California Common Law Unfair Competition]**
**Against Defendants**

91.     Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 90 inclusive.

92.     The acts and conduct of Defendants as alleged above in this complaint constitute unfair competition and unfair trade practices proscribed by the common law of the State of California.

93.     Defendants' acts and conduct as alleged above have damaged and will continue to damage Microsoft and have resulted in an illicit gain of profit to Defendants in an amount that is unknown at the present time.

94.     Microsoft is entitled to an award of exemplary and punitive damages against Defendants.

95.     Microsoft is being irreparably harmed by Defendants' actions, and Microsoft has no adequate remedy at law.  Microsoft is therefore additionally entitled to injunctive relief barring Defendants from engaging in further acts of unfair competition and unfair trade practices.

**Seventh Claim**
**[Statutory Unfair Competition – Cal. Bus. & Prof. Code § 17200]**
**Against Defendants**

96.     Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 95 inclusive.

97.     Defendants have engaged in unlawful, unfair or fraudulent business practices or acts as described above including but not limited to infringing Microsoft's trademarks, engaging in false advertising as well as improperly

-23-

137489049.1

1    receiving payments from the MPN based on the wrongful sales of subscriptions to

2    Microsoft's Office 365 software to customers who were not aware they were

3    making such purchases.

4         98.    Defendants' business practices or acts have injured and will continue

5    to injure Microsoft in its business and property, in violation of California Business

6    and Professions Code § 17200.

7         99.    As a result of Defendants' wrongful conduct, Microsoft has suffered

8    and will continue to suffer damages if Defendants are not enjoined.

9    **Eighth Claim**

10   **[False Advertising – Cal. Bus. & Prof. Code § 17500]**
**Against Defendants**

11        100.   Microsoft realleges, and incorporates by this reference, each and every

12   allegation set forth in paragraphs 1 through 99 inclusive.

13        101.   Defendants made untrue and misleading statements in their

14   advertisements for purported Microsoft software, including without limitation, that

15   Defendants sell genuine Microsoft software and components.  Defendants'

16   advertisements contain photographs of Microsoft software packaging and

17   statements such as "Buy Microsoft Office 2010-100% Genuine, Install

18   Guaranteed."  The purported Microsoft software programs Defendants distributed

19   to their customers, however, are unauthorized and infringing copies of Microsoft

20   software.

21        102.   Defendants' untrue and misleading statements were likely to deceive,

22   and upon information and belief, actually deceived members of the public.

23        103.   Defendants' distribution of unauthorized and infringing software has

24   or is likely to cause injury to Microsoft, including damaging Microsoft's goodwill

25   and reputation.

26        104.   Defendants' conduct constitutes false advertising, in violation of

27   California Business and Professions Code § 17500.

28

-24-

105.   Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

## Ninth Claim
### [Unjust Enrichment]
### Against Defendants

106.   Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 105 inclusive.

107.   As described above, without their customer's knowledge, Defendants sold their customers subscriptions to Microsoft Office 365 and then used these wrongful sales in order to increase their MPN incentive payments from Microsoft.

108.   Defendants unjustly benefited from receiving incentive payments from Microsoft for sales in which Defendants deceived their customers into purchasing subscriptions to Microsoft Office 365.

109.   Defendants' have been unjustly enriched and their actions have caused damage to Microsoft.

## Tenth Claim
### [For Imposition Of A Constructive Trust Upon Illegal Profits]
### Against Defendants

110.   Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 109, inclusive.

111.   Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

112.   By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

113.   Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

/ / /

137489049.1

114.   Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

**Eleventh Claim**
**[Accounting]**
**Against Defendants**

115.   Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 114, inclusive.

116.   Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to their acts of infringement.

117.   Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

118.   The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material advertised, marketed, copied, offered and/or distributed by Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Microsoft respectfully requests judgment as follows:

(1)     That the Court enter a judgment against Defendants as indicated below:

(a)     that Defendants have willfully infringed Microsoft's rights in the following federally registered copyrights, in violation of 17 U.S.C. § 501:

    (1)     TX 7-009-361 ("Windows 7");

    (2)     TX 8-058-526 ("Windows 10")

    (3)     TX 7-151-840 ("Office 2010");

    (4)     TX 7-218-085 ("Excel 2010");

    (5)     TX 7-206-501 ("Outlook 2010");

1               (6)     TX 7-219-973 ("PowerPoint 2010");

2               (7)     TX 7-206-498 ("Word 2010");

3               (8)     TX 7-206-489 ("Publisher 2010");

4               (9)     TX 7-206-461 ("Access 2010");

5               (10)   TX 7-206-464("OneNote 2010");

6               (11)   TX 7-649-882 ("Office 2013");

7               (12)   TX 7-674-730 ("Word 2013");

8               (13)   TX 7-751-917 ("Excel 2013");

9               (14)   TX 7-751-911 ("PowerPoint 2013");

10              (15)   TX 7-751-910 ("OneNote 2013");

11              (16)   TX 7-700-066 ("Outlook 2013");

12              (17)   TX 7-674-731 ("Publisher 2013"); and

13              (18)   TX 7-751-913 ("Access 2013");

14      (b)    that Defendants have willfully infringed Microsoft's rights in

15 the following federally registered trademarks and service mark, in violation of 15

16 U.S.C. § 1114:

17               (1)     1,200,236 ("MICROSOFT");

18               (2)     1,872,264 ("WINDOWS");

19               (3)     2,744,843 (COLORED FLAG DESIGN);

20              (4)     3,361,017 (COLORED FLAG START BUTTON);

21              (5)     2,999,281 (COLOR FOUR SQUARE LOGO)

22              (6)     4,400,958 ("FLAG DESIGN 2012");

23              (7)     3,625,391 ("MICROSOFT OFFICE");

24              (8)     4,029,299 (OFFICE 2010 DESIGN);

25              (9)     3,238,869 ("ACCESS");

26              (10)   3,905,556 (ACCESS LAUNCH ICON);

27              (11)   2,942,050 ("EXCEL");

28              (12)   3,905,558 (EXCEL LAUNCH ICON);

-27-

1          (13)   2,844,710 ("ONENOTE");

2          (14)   3,905,559 (ONENOTE LAUNCH ICON);

3          (15)   2,188,125 ("OUTLOOK");

4          (16)   3,905,560 (OUTLOOK LAUNCH ICON);

5          (17)   1,475,795 ("POWERPOINT");

6          (18)   3,905,561 (POWERPOINT LAUNCH  ICON);

7          (19)   3,909,142 (PUBLISHER LAUNCH ICON);

8          (20)   3,909,143 (WORD LAUNCH ICON);

9          (21)   4,456,462 (OFFICE 2012 DESIGN WITH TITLE);

10         (22)   4,459,826 (OFFICE 2012 DESIGN);

11         (23)   4,365,955 (ACCESS LAUNCH ICON);

12         (24)   4,355,451 (EXCEL LAUNCH ICON);

13         (25)   4,351,584 (ONENOTE LAUNCH ICON);

14         (26)   4,355,446 (OUTLOOK LAUNCH ICON);and

15         (27)   4,385,388 (POWERPOINT LAUNCH  ICON);

16         (28)   4,355,448 (PUBLISHER LAUNCH ICON); and

17         (29)   4,355,444 (WORD LAUNCH ICON);

18         (c)   that Defendants have committed and are committing acts of

19   false designation of origin, false or misleading description of fact, and false or

20   misleading advertising in violation of 15 U.S.C. § 1125(a);

21         (d)   that Defendants have violated the Anti-Counterfeiting

22   Amendments Act of 2004;

23         (e)   that Defendants have engaged in unfair competition in violation

24   of California common law and statutory law;

25         (f)   that Defendants have engaged in unfair advertising in violation

26   of California statutory law;

27         (g)   that Defendants have been unjustly enriched; and

28

-28-

1           (h)    that Defendants have otherwise injured the business reputation

2  and business of Microsoft by the acts and conduct set forth in this Complaint.

3         (2)    That the Court issue injunctive relief against Defendants, and that

4  Defendants, their directors, principals, officers, agents, representatives, servants,

5  employees, attorneys, successors and assigns, and all others in active concert or

6  participation with Defendants, be enjoined and restrained from:

7           (a)    imitating, copying, or making any other infringing use or

8  infringing distribution of the software programs, components, end user license

9  agreements ("EULA"), Certificates of Authenticity ("COAs") and/or items

10 protected by the following copyright Certificate Registration Nos.:

11                (1)    TX 7-009-361 ("Windows 7");

12                (2)    TX 8-058-526 ("Windows 10")

13                (3)    TX 7-151-840 ("Office 2010");

14                (4)    TX 7-218-085 ("Excel 2010");

15                (5)    TX 7-206-501 ("Outlook 2010");

16                (6)    TX 7-219-973 ("PowerPoint 2010");

17                (7)    TX 7-206-498 ("Word 2010");

18                (8)    TX 7-206-489 ("Publisher 2010");

19                (9)    TX 7-206-461 ("Access 2010");

20                (10)  TX 7-206-464("OneNote 2010");

21                (11)  TX 7-649-882 ("Office 2013");

22                (12)  TX 7-674-730 ("Word 2013");

23                (13)  TX 7-751-917 ("Excel 2013");

24                (14)  TX 7-751-911 ("PowerPoint 2013");

25                (15)  TX 7-751-910 ("OneNote 2013");

26                (16)  TX 7-700-066 ("Outlook 2013");

27                (17)  TX 7-674-731 ("Publisher 2013"); and

28                (18)  TX 7-751-913 ("Access 2013");

137489049.1

or the software programs, components and/or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

     (1)  1,200,236 ("MICROSOFT");

     (2)  1,872,264 ("WINDOWS");

     (3)  2,744,843 (COLORED FLAG DESIGN);

     (4)  3,361,017 (COLORED FLAG START BUTTON);

     (5)  2,999,281 (COLOR FOUR SQUARE LOGO)

     (6)  4,400,958 ("FLAG DESIGN 2012");

     (7)  3,625,391 ("MICROSOFT OFFICE");

     (8)  4,029,299 (OFFICE 2010 DESIGN);

     (9)  3,238,869 ("ACCESS");

     (10)  3,905,556 (ACCESS LAUNCH ICON);

     (11)  2,942,050 ("EXCEL");

     (12)  3,905,558 (EXCEL LAUNCH ICON);

     (13)  2,844,710 ("ONENOTE");

     (14)  3,905,559 (ONENOTE LAUNCH ICON);

     (15)  2,188,125 ("OUTLOOK");

     (16)  3,905,560 (OUTLOOK LAUNCH ICON);

     (17)  1,475,795 ("POWERPOINT");

     (18)  3,905,561 (POWERPOINT LAUNCH  ICON);

     (19)  3,909,142 (PUBLISHER LAUNCH ICON);

     (20)  3,909,143 (WORD LAUNCH ICON);

     (21)  4,456,462 (OFFICE 2012 DESIGN WITH TITLE);

     (22)  4,459,826 (OFFICE 2012 DESIGN);

     (23)  4,365,955 (ACCESS LAUNCH ICON);

     (24)  4,355,451 (EXCEL LAUNCH ICON);

     (25)  4,351,584 (ONENOTE LAUNCH ICON);

137489049.1

(26)    4,355,446 (OUTLOOK LAUNCH ICON);and

(27)    4,385,388 (POWERPOINT LAUNCH  ICON);

(28)    4,355,448 (PUBLISHER LAUNCH ICON); and

(29)    4,355,444 (WORD LAUNCH ICON);

and any other items or works now or hereafter protected by any Microsoft trademark or copyright;

(b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Sections (2)(a) above;

(c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, EULA, COA, and/or item not authorized or licensed by Microsoft;

(d)    using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software program, component, and/or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

-31-

137489049.1

1       (e)    engaging in any other activity constituting an infringement of

2  any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's

3  rights in, or right to use or to exploit, these trademarks, service mark, and/or

4  copyrights;

5       (f)    trafficking in counterfeit or illicit labels, as defined by 18 U.S.C.

6  § 2318; and

7       (g)    assisting, aiding, or abetting any other person or business entity

8  in engaging in or performing any of the activities referred to in subparagraphs (a)

9  through (f) above.

10      (3)    That the Court enter an order pursuant to 15 U.S.C. §

11  1116(a)(d)(1)(A), 17 U.S.C. § 503 and 18 U.S.C.§ 2318 impounding all counterfeit

12  and infringing copies of purported Microsoft software and/or materials bearing any

13  of Microsoft's trademarks or service mark, and any related item, including business

14  records, that is in Defendants' possession or under their control;

15      (4)    That the Court enter an order declaring that Defendants hold in trust,

16  as constructive trustees for the benefit of Microsoft, their illegal profits obtained

17  from their distribution of counterfeit and infringing copies of Microsoft's software,

18  and requiring Defendants to provide Microsoft a full and complete accounting of all

19  amounts due and owing to Microsoft as a result of Defendants' illegal activities.

20      (5)    That the Court order Defendants to pay Microsoft's general, special,

21  actual, and statutory damages as follows:

22       (a)    Microsoft's damages and Defendants' profits pursuant to 17

23  U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C.

24  § 504(c), and 17 U.S.C. § 504(c)(2);

25       (b)    Microsoft's damages and Defendants' profits pursuant to 15

26  U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b), or in the alternative,

27  statutory damages pursuant to 15 U.S.C. §1117(c) for each counterfeit mark;

28

-32-

1            (c)     Microsoft's damages and Defendants' profits, pursuant to 18

2  U.S.C. § 2318(f)(3), for My Choice Software's knowing trafficking in counterfeit

3  and/or illicit Certificate of Authenticity Labels, or, in the alternative, statutory

4  damages, pursuant to 18 U.S.C. § 2318(f)(4); and

5            (d)     Microsoft's damages and Defendants' profits pursuant to

6  California statutory common law.

7            (e)     Damages for Defendants' unjust enrichment in an amount to be

8  proven at trial.

9         (6)     That the Court order Defendants to pay to Microsoft both the costs of

10  this action and the reasonable attorneys' fees incurred by it in prosecuting this

11  action; and

12         (7)     That the Court grant to Microsoft such other and additional relief as is

13  just and proper.

14

15  DATED:  October 30, 2017             **PERKINS COIE** LLP

16

17                                     By: /s/ Katherine M. Dugdale

                                        Katherine M. Dugdale

18

19                                  Attorneys for Plaintiff

                                  MICROSOFT CORPORATION

20

21

22

23

24

25

26

27

28

137489049.1