Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>     Plaintiff and<br>     Counter-Defendant,<br><br>  v.<br><br>MY CHOICE SOFTWARE, LLC, a California limited liability company; and NATHAN MUMME, an individual,<br><br>     Defendants and<br>     Counterclaimants. | Case No. 8:16-cv-2187 DOC-KES<br><br>**PLAINTIFF AND COUNTER-DEFENDANT MICROSOFT CORPORATION'S NOTICE OF MOTION AND MOTION TO SEVER AND TRANSFER OR DISMISS COUNTERCLAIMS**<br><br>Date:   January 22, 2018<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:   The Hon. David O. Carter |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that that on January 22, 2018, at 8:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 9D of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA, 92701, Plaintiff and Counter-Defendant Microsoft Corporation ("Microsoft"), will and hereby does respectively move this Court to sever and transfer to the United States District

-1-

Court for the Western District of Washington Defendants and Counterclaimants MyChoice Software LLC and Nathan Mumme's (collectively "Defendants") Counterclaim, pursuant to Federal Rule of Civil Procedure 21 and 28 U.S.C. § 1404; or, in the alternative, dismiss Defendants' Counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6).

The motion to sever and transfer is made on the grounds that (1) the Agreement on which Defendants' Counterclaim is based contains a forum selection clause mandating venue in King County, Washington; and (2) Defendants' Counterclaim is unrelated to Microsoft's claims. The motion to dismiss is made on the grounds that (1) Defendants' theory of liability is not cognizable; and (2) Defendants fail to satisfy the applicable pleading standards.

Pursuant to L.R. 7-3, this motion is made following the conference of counsel which took place on December 11th and December 12th.

The motion is based on: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed in support; the Request for Judicial Notice; the Declaration of Katherine M. Dugdale and its exhibits; upon such memoranda, declarations and exhibits as Microsoft may file subsequently; upon such other matters as to which the Court must and may take judicial notice; and upon such other and further matters as may be presented at the hearing, if any, on the Motion.

DATED: December 18, 2017

PERKINS COIE LLP

By:/s/ Katherine M. Dugdale
Katherine M. Dugdale,
Bar No. 168014
KDugdale@perkinscoie.com

Attorneys for Plaintiff

-2-

137841898.1