1
2
3
4
5
6                                                                 JS-6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  MICROSOFT CORPORATION, a          Case No. 8:16-cv-2187 DOC-KES
    Washington corporation,
12                                     **ORDER ON REQUEST TO**
                      Plaintiff and    **TRANSFER** [71]
13                    Counter-Defendant,
14        v.
15  MY CHOICE SOFTWARE, LLC, a
    California limited liability company;
16  and NATHAN MUMME, an
    individual,
17
                      Defendants and
18                    Counterclaimants.
19

20        This action came before the Court, the Honorable David O. Carter, United

21  States District Judge, on the request of Plaintiff Microsoft Corporation

22  ("Microsoft") to transfer this case to the United States District Court for the

23  Western District of Washington.  The papers and arguments presented having been

24  fully considered, the issues having been heard, and a decision having been

25  rendered,

26
27
28
                                    -1-

1        IT IS ORDERED AND ADJUDGED that:

2        Microsoft's Request to Transfer the Case is GRANTED and the case is

3    TRANSFERRED to the United States District Court for the Western District of

4    Washington pursuant to 28 U.S.C. § 1404(a).

5

6        **IT IS SO ORDERED.**

7    Dated: ___April 25, 2018___     ___David O. Carter_____

8                              THE HONORABLE DAVID O. CARTER

9                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

139567162.1